UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TASHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.
GROUP LLC; WELLS FARGO BANK, N.A.
as Securities Intermediary; and John Does 1-10,

    Defendants.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court *sua sponte*. It is hereby ORDERED that on or before July 11, 2011, Steven Brasner shall file a response to Plaintiff's Motion for Contempt Against Non-Party Steven Brasner (DE 139). In his response, Brasner shall show cause why the Court should not hold him in contempt for failing to attend his deposition and produce documents in compliance with the subpoena served on him by Plaintiff Pruco Life Insurance Company. It is further ORDERED that on or before July 14, 2011, Plaintiff shall file a reply thereto.

DONE AND ORDERED in Fort Lauderdale, Florida, this 5th day of July 2011.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Steven M. Brasner
3413 Dovecote Meadow Lane
Davie, FL  33328

All counsel of record