UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiffs,

vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP, LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

    Defendant,

_____/

## REPORT OF MEDIATOR

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on July 26, 2011, and all of the parties or their authorized representatives were in attendance, either in person or by phone, and the matter was impassed.

Dated: July 27, 2011

                Respectfully submitted,

                /s David H. Lichter
                Florida Bar No. 359122
                Email: dlichter@hlglawyers.com
                Higer Lichter & Givner, LLP
                18305 Biscayne Blvd., Suite 302
                Aventura, FL 33160
                Telephone:   305-933-9970
                Facsimile:    305-933-0998
                *Mediator*

## Higer Lichter & Givner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2011, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

/s David H. Lichter
David H. Lichter
Florida Bar No. 359122

Higer Lichter & Givner

## SERVICE LIST

Stephen A. Serfass, Esq.  
Drinker Biddle & Reath LLP  
One Logan Square, Suite 2000  
Philadelphia, PA 19103

John Shubin, Esq.  
Shubin and Bass  
46 SW 1st Street, 3rd Floor  
Miami, Florida 33130

/s David H. Lichter

Higer Lichter & Givner