UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CIV-80804-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,
    Plaintiff,
vs.
STEVEN M. BRASNER, individually and
as Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

    Defendants.
_____/

### DECLARATION OF JUAN J. FARACH IN SUPPORT OF MOTION OF DEFENDANT WELLS FARGO BANK, N.A., AS SECURITIES INTERMEDIARY, FOR SUMMARY FINAL JUDGMENT

Juan J. Farach declares under penalty of perjury as follows:

1. I am counsel with Shubin & Bass, P.A., attorneys for Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo") in this action. I am a member of the Bar of this Court.

2. I submit this Declaration in support of the accompanying Motion of Defendant Wells Fargo Bank, N.A., as Securities Intermediary, for Summary Final Judgment and Incorporated Memorandum of Law dated August 19, 2011 ("Motion for Summary Judgment"). The purpose of this Declaration is to put before the Court excerpts of certain deposition transcripts and other documents that are cited in the accompanying Motion for Summary Judgment.

3. Appended hereto as Exhibit A is a true and correct copy of certain excerpts from Volume I of the deposition transcript of Arlene Berger, dated February 1, 2011.

4. Appended hereto as Exhibit B is a true and correct copy of certain excerpts from Volume II of the deposition transcript of Arlene Berger, dated February 2, 2011.

5. Appended hereto as Exhibit C is a true and correct copy of certain excerpts from the deposition transcript of Richard Berger, dated February 2, 2011.

6. Appended hereto as Exhibit D is a true and correct copy of certain excerpts from the deposition transcript of Gloria Flattum, dated August 10, 2011.

7. Appended hereto as Exhibit E is a true and correct copy of certain excerpts from the deposition transcript of Joann Godin, dated July 20, 2011.

8. Appended hereto as Exhibit F is a true and correct copy of Pruco Life Insurance Company Policy No. V1208044, on the life of Arlene Berger dated April 13, 2006 (May 11, 2006 processing date copy, which reflects Richard Berger, husband, as beneficiary under the Policy, and attaches a copy of Mrs. Berger's Application with medical information), and marked as Ex. 21 to Mrs. Berger's deposition. Pruco attached a redacted copy of the Policy (July 6, 2010 processing date copy) as Ex. F to its Complaint.

9. Appended hereto as Composite Exhibit G is a true and correct copy of a letter from Prudential Select dated April 24, 2003, with broker agreement attached, which were produced in this action (PRU-00001-00016), and marked "Confidential" in accordance with the Stipulated Confidentiality Agreement and Protective Order entered by this Court on November 22, 2010 [D.E. 44] (the "Confidentiality Order"). Pursuant to paragraph 9 of the Confidentiality Order, Composite Exhibit G is filed under seal and marked as confidential document no. 1.

10. Appended hereto as Exhibit H is a true and correct copy of the June 20, 2005 broker agreement, which was attached as Exhibit A to Pruco's Complaint.

11. Appended hereto as Exhibit I is a true and correct copy of Mrs. Berger's Application for Life Insurance or Policy Change dated July 15, 2005, as well as a Client Information Form, which were produced in this action (PRU-01278-01287), marked "Confidential" in accordance with the Confidentiality Order, and marked as Ex. 3 to Mrs. Berger's deposition. Pursuant to paragraph 9 of the Confidentiality Order, Exhibit I is filed under seal and marked as confidential document no. 3.

12. Appended hereto as Composite Exhibit J are true and correct copy of inspection reports from Worldwide Inspection Services concerning Mrs. Berger (dated Nov. 29, 2005) and Mr. Berger (dated June 1, 2005), which were produced in this action (WIS-00001-00006, 00030-00035).

13. Appended hereto as Exhibit K is a true and correct copy of a LaSalle Bank, N.A. loan application dated January 25, 2006, which was produced in this action (BOA-0004).

14. Appended hereto as Composite Exhibit L is a true and correct copy of Mrs. Berger's Application for Life Insurance or Policy Change dated February 21, 2006, as well as a Client Information Form, Illustration Certificate, and Authorization, Acknowledgment and Limited Insurance Agreement form, which were produced in this action (PRU-00054–00064), marked "Confidential" in accordance with the Confidentiality Order, and marked as Ex. 4 to Mrs. Berger's deposition. Pruco attached a redacted copy of this Application as Ex. B to its Complaint, a redacted copy of a similar Application (including medical information) as Ex. C to its Complaint, and a redacted copy of the Client Information Form as Ex. D to its Complaint. Pursuant to paragraph 9 of the Confidentiality Order, Composite Exhibit L is filed under seal and marked as confidential document no. 2.

15. Appended hereto as Exhibit M is a true and correct copy of the Trust Agreement of The Arlene Berger 2006 Life Insurance Trust dated June 5, 2006, which was produced in this action (WT-0059-65), and marked as Ex. 8 to Mrs. Berger's deposition.

16. Appended hereto as Exhibit N is a true and correct copy of the Supplement to Trust Agreement dated June 6, 2006, and Certificates, which were produced in this action (WT-0066-0080), and marked as Ex. 9 to Mrs. Berger's deposition.

17. Appended hereto as Exhibit O is a true and correct copy of the Settlor Non-Recourse Security Agreement between Mrs. Berger and LaSalle Bank, N.A. dated June 6, 2006, which was produced in this action (BOA-0012-0016).

18. Appended hereto as Exhibit P is a true and correct copy of facsimile to Prudential dated June 16, 2006 attaching change of ownership/beneficiary form, and marked as Ex. 18 to Mrs. Berger's deposition.

19. Appended hereto as Exhibit Q is a true and correct copy of Prudential letter to Wilmington Trust Company dated June 30, 2006 attaching new ownership form, which was produced in this action (PRU-00287–00295).

20. Appended hereto as Exhibit R is a true and correct of Note and Security Agreement between the Arlene Berger Trust/Premium Finance Sub-Trust and LaSalle Bank, N.A. dated July 17, 2006, which was produced in this action (WT-0051-0058).

21. Appended hereto as Composite Exhibit S is a true and correct copy of Richard Berger letter to Wilmington Trust dated September 15, 2008, Irrevocable Settlor Instruction Letter dated September 15, 2008, and Second Supplement to Trust Agreement dated September 15, 2008, which were produced in this action (LAVA-00663-00670) and marked "Confidential–Attorneys Eyes Only" in accordance with the Confidentiality Order. Pursuant to paragraph 9 of

the Confidentiality Order, Composite Exhibit S is filed under seal and marked as confidential document no. 23.

22. Appended hereto as Exhibit T is a true and correct copy of LaSalle Bank, N.A. (currently known as Bank of America) letter to Arlene Berger Trust/Premium Finance Sub-Trust dated September 17, 2008, which was produced in this action (LAVA-00566) and marked "Confidential–Attorneys Eyes Only" in accordance with the Confidentiality Order. Pursuant to paragraph 9 of the Confidentiality Order, Exhibit T is filed under seal as confidential document no. 19.

23. Appended hereto as Exhibit U is a true and correct copy of the verification of coverage dated December 10, 2008, which was produced in this action (WF-0265), and marked "Confidential" in accordance with the Confidentiality Order. Pursuant to paragraph 9 of the Confidentiality Order, Exhibit U is filed under seal and marked as confidential document no. 4.

24. Appended hereto as Exhibit V is a true and correct copy of the letter of Wells Fargo, N.A., as Securities Intermediary, to Pruco dated December 24, 2008, attaching change of beneficiary and ownership form, which was produced in this action (WF-0310–0321).

25. Appended hereto as Exhibit W is a true and correct copy of Prudential letter to Wells Fargo Bank, N.A., as Securities Intermediary, dated January 9, 2009, attaching confirmation of ownership change, which was produced in this action (PRU-00350–00353).

26. Appended hereto as Exhibit X is a true and correct copy of a list from Pruco of premium payments totaling $654,030.82 received by Pruco through June 2010 for Policy No. V1208044 – Arlene Berger (PRU-00570).

27. Appended hereto as Exhibit Y is a true and correct copy of certain excerpts from the deposition transcript of Connie Yilmaz, as Rule 30(b)(6) corporate representative of

Case 9:10-cv-80804-JIC Document 187 Entered on FLSD Docket 08/19/2011 Page 6 of 7

CASE NO. 10-CIV-80804-COHN/SELTZER

Lavastone Capital LLC, dated August 4, 2011, and marked "Confidential–Attorneys Eyes Only" in accordance with the Confidentiality Order. Pursuant to paragraph 9 of the Confidentiality Order, Exhibit Y is filed under seal and marked as confidential document no. 26.

28. Appended hereto as Exhibit Z is a true and correct copy of certain excerpts from the deposition transcript of Charles Brehm, as Rule 30(b)(6) corporate representative of Wells Fargo Bank, N.A., as Securities Intermediary, dated August June 29, 2011, and marked "Confidential" in accordance with the Confidentiality Order. Pursuant to paragraph 9 of the Confidentiality Order, Exhibit Z is filed under seal and marked as confidential document no. 27.

29. Appended hereto as Exhibit AA is a true and correct copy of the Declaration of Amy Welsh dated January 11, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2011
       Miami, Florida

                                                  Juan J. Farach

6

CASE NO. 10-CIV-80804-COHN/SELTZER

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all Counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Juan J. Farach
Juan J. Farach, Esq.

## SERVICE LIST
Pruco Life Ins. Co v. Brasner, et al.
Case No. 10-CV-80804 Cohn/Seltzer
United Stated District Court, Southern District of Florida

Wendy L. Furman, Esq.
wfurman@pettfurman.com
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Tel. (561) 994-4311
Fax (561) 982-8985
*Attorneys for Plaintiff Pruco Life Insurance Company*
Service by CM/ECF

Stephen A. Serfass, Esq.
Stephen.serfass@dbr.com
Michael D. Rafalko, Esq.
Michael.rafalko@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Tel. (215) 988-2700
Of Counsel/Pro Hac Vice
*Attorneys for Plaintiff Pruco Life Insurance Company*
Service by CM/ECF