UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CIV-80804-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

    Defendants.
_____/

**PRETRIAL DISCLOSURES OF DEFENDANT**
**WELLS FARGO BANK, N.A., AS SECURITIES INTERMEDIARY**

Defendant Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo"), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and General Rule 16.1(d) of the Local Rules of the United States District Court for the Southern District of Florida, submits the following pretrial disclosures:

1.    Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Wells Fargo states that it **expects** to call the following witnesses at trial:

    Connie Yilmaz, Lavastone Capital LLC
    c/o Michael Davis, Esq.
    Zeichner Ellman & Krause LLP
    575 Lexington Ave.
    New York, NY 10022
    (212) 826-5311

        Charles Brehm, Wells Fargo
c/o John K. Shubin, Esq.
Shubin & Bass, P.A.
46 S.W. 1st Street, 3rd Floor
Miami, Florida 33130
(305) 381-6060

        Arlene Berger
14466 Via Royale
Delray Beach, FL 33446

        Hope Farrell, Pruco Life Insurance Company ("Pruco")
c/o Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
(215) 988-2975

    2.    Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Wells Fargo further states that it **may** call the following witnesses at trial:

        Corporate Representative of Coventry Capital I LLC[1]
with knowledge regarding the premium financing loan provided by LaSalle Bank,
N.A. in connection with the Berger Policy
c/o David A. Forkner, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5316

---

[1] As set forth in the Declaration of Amy Welsh dated Jan. 11, 2011 (attached as Ex. AA to the Declaration of Juan J. Farach dated August 19, 2011 [DE 187-27]), Coventry First LLC has asserted that there are conflict of interest issues involving its former counsel, Drinker Biddle & Reath LLP ("Drinker Biddle"), which is now counsel for Pruco in this matter. Drinker Biddle and Pruco are aware of these conflict issues as they were raised in connection with Pruco's motion to compel filed against Coventry in the Eastern District of Pennsylvania. Pruco recently withdrew its motion to compel. Pruco has also acknowledged these conflict issues in motions for continuance it has filed in this matter [DE 107 and DE 156]. Accordingly, these conflict of interest issues will likely be raised and addressed by the Court in connection with any testimony of representatives of Coventry Capital I LLC and Coventry First LLC.

       Corporate Representative of Coventry First LLC[2]
       with knowledge regarding the acquisition of
       the Berger Policy from Bank of America, N.A. (formerly LaSalle Bank, N.A.)
       c/o David A. Forkner, Esq.
       Williams & Connolly LLP
       725 Twelfth Street, N.W.
       Washington, DC 20005
       (202) 434-5316

       Corporate Representative of Coventry First LLC[3]
       with knowledge regarding the sale of
       the Berger Policy to Lavastone Capital LLC
       c/o David A. Forkner, Esq.
       Williams & Connolly LLP
       725 Twelfth Street, N.W.
       Washington, DC 20005
       (202) 434-5316

       Records Custodian of Coventry Capital I LLC[4]
       c/o David A. Forkner, Esq.
       Williams & Connolly LLP
       725 Twelfth Street, N.W.
       Washington, DC 20005
       (202) 434-5316

       Records Custodian of Coventry First LLC[5]
       c/o David A. Forkner, Esq.
       Williams & Connolly LLP
       725 Twelfth Street, N.W.
       Washington, DC 20005
       (202) 434-5316

---

[2]    See footnote 1.

[3]    See footnote 1.

[4]    See footnote 1.

[5]    See footnote 1.

Jessica Bunsick, Coventry Capital I LLC[6]
c/o David A. Forkner, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5316

Michael McFarland, Pruco
c/o Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
(215) 988-2975

Records Custodian of Bank of America
1 S.E. Third Ave.
Miami, FL 33131
(305) 350-6350

Richard Berger
14466 Via Royale
Delray Beach, FL 33446

Steven Brasner
3413 Dovecote Meadow Lane
Davie, FL 33328

Patricia Wagner
3150 N. Seacrest Blvd.
Boynton Beach, FL 33435

3. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), Wells Fargo states that it **expects** to present testimony of Tracie Rubery, Cheryl Evenson, Bekah Pyle, Kay Ferrian, James Avery and Gloria Flattum of Pruco by means of deposition, and that it **may** present testimony of Kathy Rutherford of Worldwide Inspection Services and Joann Godin of Life Brokerage Equity Group by means of deposition.

---

[6] See footnote 1.

4. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), Wells Fargo states that the documents or other exhibits it expects to offer at trial, and those which it may offer if the need arises, are listed in Exhibit A hereto.

5. Wells Fargo reserves the right to amend and/or supplement these pretrial disclosures, as appropriate.

Dated: October 4, 2011
Miami, Florida

Respectfully submitted,

/s John K. Shubin_____
John K. Shubin (Florida Bar Number: 771899)
jshubin@shubinbass.com
Juan J. Farach (Florida Bar Number: 957704)
jfarach@shubinbass.com
David R. Hazouri (Florida Bar Number: 142387)
dhazouri@shubinbass.com
SHUBIN & BASS, P.A.
*Attorneys for Defendant, Wells Fargo*
46 S.W. 1st Street, Third Floor
Miami, Florida 33130
Telephone: (305)381.6060
Facsimile: (305)381.9457

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all Counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

\_\_\_\_\_s/ Juan J. Farach_____
Juan J. Farach, Esq.

CASE NO. 10-CIV-80804-COHN/SELTZER

**SERVICE LIST**
**Pruco Life Ins. Co v. Brasner, et al.**
**Case No. 10-CV-80804 Cohn/Seltzer**
**United States District Court, Southern District of Florida**

Wendy L. Furman, Esq.
wfurman@pettfurman.com
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Tel. (561) 994-4311
Fax (561) 982-8985
*Attorneys for Plaintiff Pruco Life Insurance Company*
Service by CM/ECF

Stephen A. Serfass, Esq.
Stephen.serfass@dbr.com
Michael D. Rafalko, Esq.
Michael.rafalko@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Tel. (215) 988-2700
Of Counsel/Pro Hac Vice
*Attorneys for Plaintiff Pruco Life Insurance Company*
Service by CM/ECF