**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Pruco Life Insurance Company,

                          Plaintiff,                              Case No. 10-80804-CV-COHN/SELTZER

v.

Steven M. Brasner, individually and as
principal of Infinity Financial Group, LLC,
Mark A. Tarshis, Infinity Financial Group,
LLC, Wells Fargo Bank N.A., as securities
intermediary, and John Does 1-10,

                          Defendants.

**PRUCO LIFE INSURANCE COMPANY'S AMENDED[1] TRIAL EXHIBIT LIST**

        Pursuant to Southern District of Florida Local Rule 16.1(d) and Federal Rule of Civil

Procedure 26(a)(3), Plaintiff Pruco Life Insurance Company ("Pruco") hereby submits its

amended trial exhibit list in the above-captioned action.

**Exhibit List**

    1.  Pruco-001 – Wachovia-00147-00150 – Infinity Boynton Beach Checking Account
        Records, May, 2006 reflecting deposit of $81,875.75 from Coventry Financial, LLC.

    2.  Pruco-002 – Wachovia-001 – Check from Infinity Boynton Beach Checking Account
        dated May 1, 2006 and made out to Prudential in the amount of $81,871.75.

    3.  Pruco-003 – Wachovia-002 – Wachovia Cashier's Check dated May 2, 2006 and made
        out to Prudential in the Amount of $81,871.75.

    4.  Pruco-004 – WT-0051-0058 – Note and Security Agreement dated July 17, 2006.

---

[1]     This trial exhibit list has been amended from Pruco's previous exhibit list [D.E. #222] to include Pruco-070
and Pruco-071, to correct the bates ranges in exhibits Pruco-010, Pruco-033, and Pruco-040, and to correct the date
range in Pruco-046.  The parties met and conferred about their respective exhibits and counsel for Wells Fargo
Bank, N.A. does not object to Pruco amending its exhibit list to include or correct the referenced exhibits.

5. Pruco-005 – BOA-003; PRU-1194 – Composite exhibit evidencing $331,077.29 wire transfer on July 17, 2006 from LaSalle Bank, N.A. to Pruco for payment of premium.

6. Pruco-006 – Wachovia-0584-0585 – LaSalle Bank Check dated July 17, 2006 and made out to Arlene Berger at Infinity Financial's Address in the amount of $81,870.75.

7. Pruco-007 – Wachovia-139-142 – Infinity Boynton Beach Checking Account Records, July, 2006 reflecting deposit of check in the about of $81,870.75.

8. Pruco-008 – Wachovia-249 – Check from Infinity Boynton Beach dated July 20, 2006 and made out to Lifetime Assets Corp. in the amount of $81,870.78.

9. Pruco-009 – PRU-1278-1287 – July, 2005 application for life insurance policy insuring Arlene Berger.

10. Pruco-010 – WIS-00001-00008 – Worldwide Inspection Services inspection report and accompanying notes.

11. Pruco-011 – PROVERIAN-0085-0138 – Premium financing loan documents and cover letter, dated January 24, 2006.

12. Pruco-012 – WF-0281-0282 – Irrevocable Durable Power of Attorney signed by Arlene Berger on January 25, 2006 in favor of Coventry Capital I, LLC.

13. Pruco-013 – WF-0284-0287 – Disclosure Statement signed by Arlene Berger on January 15, 2006 for Coventry Capital I, LLC.

14. Pruco-014 – PRU-00054-00064 – February, 2006 application for life insurance policy insuring Arlene Berger.

15. Pruco-015 – PRU-01156-01172 – Pruco Underwriting Notes.

16. Pruco-016 – PRU-1087-1093 – Pruco Underwriting Guidelines re: Settlement Contracts, Viatical Contracts, IOLI, STOLI and Non-Recourse Premium Financing.

17. Pruco-017 – PRU-01444; PRU-00051 – March 8, 2006 email from J. Godin to B. Pyle attaching Confidential Financial Statement and Confidential Financial Statement listing Arlene Berger's net worth as $15.95 million.

18. Pruco-018 – PRU-00093-00094 – March 14, 2006 email from J. Godin to B. Pyle providing Pruco with information requested by underwriters for Berger Policy.

19. Pruco-019 – PRU-01445-01479 – Pruco Policy no. V1208044.

20. Pruco-020 – PRU-00180 – Delivery Receipt for Berger Policy signed by Arlene Berger on April 28, 2006.

21. Pruco-021 – WT-0059-0065 – Trust Agreement for Arlene Berger 2006 Life Insurance Trust.

22. Pruco-022 – WT-0066-0078 – Supplement to Trust Agreement for Arlene Berger 2006 Life Insurance Trust.

23. Pruco-023 – WT-0079-0080 – Arlene Berger 2006 Life Insurance Trust, Premium Finance Sub-Trust.

24. Pruco-024 – PRU-00276-00281 – June 16, 2006 change of ownership and beneficiary request on Pruco Policy no. V1208044.

25. Pruco-025 – PRU-00287-00289 – June 30, 2006 confirmation of change of ownership and beneficiary request.

26. Pruco-026 – PRU-00846-00847 – Prudential Financial letter terminating Steven Brasner as a broker.

27. Pruco-027 – BERGER-009710; 1017-01018; 00360 – Composite exhibit of communications between Advanced Settlements and Steven Brasner and/or Patricia Wagner.

28. Pruco-028 – NP-0685-0688 – Berger Fidelity Investment Report for May, 2008.

29. Pruco-029 – FIDELITY-00488 – Wire record for Berger Fidelity Investment Report for May, 2008.

30. Pruco-030 – LAVA-00664-00667 – Irrevocable Settlor Instruction Letter dated September 15, 2008.

31. Pruco-031 – BOA-0043 – September 17, 2008 emails re: relinquishment of Pruco Policy no. V1208044.

32. Pruco-032 – LAVA-00565-00568 – September 17, 2008 letter relinquishment of Pruco Policy no. V1208044.

33. Pruco-033 – WF-0279-0280; WF-0283 – Beneficiary's Release and Consent to Change Beneficiary of Life Insurance Policy and Disclosure Statement and Seller Acknowledgment signed on December 9, 2008.

34. Pruco-034 – PRU-00661 – Prudential Brokerage call center call log for phone call received on December 10, 2008 from Wilmington Trust Company.

35. Pruco-035 – Audio recording of December 10, 2008 phone call to Prudential Brokerage call center regarding Pruco policy no. V1208044.

36. Pruco-036 – WF-0265 – Coventry First form titled Verbal Verification of Coverage.

37. Pruco-037 – WF-0411-0417 – Tripartite Entitlement Order dated December 12, 2008 between Coventry First, LLC, AIG Life Settlements, LLC and Wells Fargo Bank, N.A.

38. Pruco-038 – WF-0427-0428 – Certification of Pre-Offer Review and Life Policy Eligibility Criteria Waiver.

39. Pruco-039 – LAVA-00034-00045 – Life Insurance Purchase Agreement dated December 18, 2006 between Bank of American, N.A. and Coventry First, LLC.

40. Pruco-040 – WF-0981 – Funding Certification dated December 18, 2008.

41. Pruco-041 – WF-0425-0426; WF-0410 – Composite exhibit of Eligibility Certification and Sales Documentation Package.

42. Pruco-042 – Composite exhibit of documents comprising the Sales Documentation Package.

43. Pruco-043 – PRU-00522-00529 – December 24, 2008 change of ownership and beneficiary request on Pruco Policy no. V1208044.

44. Pruco-044 – PRU-1196-1197 – Coventry First check dated December 24, 2008 in the amount of $112,071.12.

45. Pruco-045 – PRU-00350-00352 – January 9, 2009 confirmation of change of ownership and beneficiary request.

46. Pruco-046 – Composite exhibit of all life expectancy reports conducted on Arlene Berger from December, 2005 – October, 2010.

47. Pruco-047 – LAVA-00600-00601; 00640; 00671 – Pre-Certificate Review Decision Notices for Premium Finance Insurance Coverage.

48. Pruco-048 – LAVA-00569 – Email re: request for Premium Financing Insurance Coverage on Arlene Berger.

49. Pruco-049 – LAVA-00571 – Information included in connection with the Application for Premium Finance Insurance Coverage.

50. Pruco-050 – LAVA-00672-00673 – Lexington Insurance Company Premium Finance Insurance Coverage Certificate.

51. Pruco-051 – LAVA-00641 – July 17, 2006 email re: approval of Premium Finance Insurance Coverage.

52. Pruco-052 – LAVA-00643 – Premium Finance Program Summary – AIG.

53. Pruco-053 – WF-0387-WF-0409 – Purchaser's Securities Account Control Agreement.

54. Pruco-054 – WF-0606-0664 – Servicing and Monitoring Agreement between AIG Life Settlements, Coventry First, LLC and Wells Fargo Bank, N.A.

55. Pruco-055 – LAVA-00649-00652 – December 3, 2008 email re: Proof of Collateral Value Loss form for Premium Finance Insurance Coverage.

56. Pruco-056 – LAVA-00645 – Executive Claim Summary for Premium Finance Insurance Coverage.

57. Pruco-057 – LAVA-00653 – January 9, 2009 email re: funds received from Coventry by AIG Risk Finance.

58. Pruco-058 –LAVA-00656 – Wire Instruction Sheet PFP I.

59. Pruco-059 – LAVA-00232 – Lavastone Underwriting document for Pruco policy insuring the life of Arlene Berger.

60. Pruco-060 – LAVA-00192-193; 230 – April, 2008 emails between Lavastone and Coventry re: Pruco policy insuring the life of Arlene Berger.

61. Pruco-061 – LAVA-00144, LAVA-00225 – Certification of Pre-Offer Review and Life Policy Eligibility Criteria Waiver dated April 29, 2008.

62. Pruco-062 – WT-0119-0155 – American General Policy no. U10032844L.

63. Pruco-063 – AG-00520-00528 – Change of Ownership and Beneficiary forms for American General Policy no. U10032844L.

64. Pruco-064 – AG-00559-00567 – Change of Ownership and Beneficiary forms for American General Policy no. U10032844L.

65. Pruco-065 – AG-00633 – Confirmation of Change of Ownership and Beneficiary for American General Policy no. U10032844L.

66. Pruco-066 – PRU-00017-00038 – 2005 Broker Agreement between Prudential Financial and Steven Brasner.

67. Pruco-067 – January, 2009 Florida Office of Insurance Regulation report entitled Stranger-Originated Life Insurance ("STOLI") and the Use of Fraudulent Activity to Circumvent the Intent of Florida's Insurable Interest Law.

68. Pruco-068 – Composite exhibit of Pennsylvania Corporate Records for Coventry Financial, Coventry First, LLC, Coventry Capital I, LLC, Lifetime Assets Corp.

69. Pruco-069 – Composite exhibit of Florida Corporate Records for Infinity Financial Group, LLC, Infinity Boynton Beach, LLC, Infinity Wealth Advisors, LLC, Infinity

Wealth and Tax, LLC, Infinity Wealth and Investments, LLC, and Infinity Wealth and Insurance, LLC.

70. Pruco-070 – WF-0982 – WF-1063 – Life Policies Origination Agreement between and among Coventry First, LLC, AIG Life Settlements, LLC and Wells Fargo Bank, N.A.

71. Pruco-071 – Copies of criminal information and probable cause affidavit filed against Steven M. Brasner in *State of Florida v. Steven M. Brasner*, case no. 2010CF004500AMB, Circuit Court for the Fifteenth Judicial Circuit, Criminal Division for West Palm Beach County.

Documents Pruco May Offer if the Need Arises:

72. Any documents listed on Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A.'s exhibit list.

73. Any and all documents that have been disclosed in discovery.

74. Records Certifications of Custodians of Records from non-parties producing documents in discovery.

Dated:  October 13, 2011

PETT FURMAN, PL
Attorneys for Plaintiff
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 (fax)

By:   s/Wendy L. Furman
        Wendy L. Furman
        Fla. Bar No. 0085146
        wfurman@pettfurman.com

*Of Counsel*
Stephen A. Serfass *(Admitted Pro Hac Vice)*
Michael D. Rafalko *(Admitted Pro Hac Vice)*
Nolan B. Tully *(Admitted Pro Hac Vice)*
**DRINKER BIDDLE & REATH LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2700
Stephen.serfass@dbr.com
Michael.rafalko@dbr.com
Nolan.tully@dbr.com

*Attorneys for Plaintiff*
*Pruco Life Insurance Company*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> John K. Shubin, Esq.
> Shubin & Bass, P.A.
> 46 S.W. 1st Street, Third Floor
> Miami, FL 33130
> jshubin@shubinbass.com
> *Counsel for Wells Fargo*

> s/Wendy L. Furman
> Wendy L. Furman