Pruco Life Insurance Co. v. Brasner, et al.
Case No. 9:10-CIV-80804-COHN/SELTZER

**EXHIBIT A**
AMENDED EXHIBIT LIST OF DEFENDANT WELLS FARGO
BANK, N.A., AS SECURITIES INTERMEDIARY ("WELLS FARGO")[1]

A. Exhibits Wells Fargo **Expects** to Offer at Trial:

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 1. | PRU- 01229 to 01233 PRU- 01223 to 01227 PRU- 01161 | | Pruco Underwriters Notes [Pyle Ex. 7]. | Confidential filed under seal doc. no. 44 |
| 2. | PRU- 01212 to 01213; 01219 to 01222 | | Pruco Data Verification Reports [Evenson Exs. 6 & 7]. | Confidential filed under seal doc. no. 43 |
| 3. | PRU- 00051 | | Undated "Financial Statement" for A. Berger [McFarland Ex. 11]. | |
| 4. | PRU- 00650 to 00668 | | Collection of Pruco Call Center Notes (var. dates) regarding the Berger Policy [Rubery Ex. 10] | |
| 5. | LAVA- 00130 | | Verbal Verification of Coverage Form completed by J. Bunsick [Yilmaz Ex. 16] | Confidential filed under seal doc. no. 48 |
| 6. | PRU – 00951 to 00969 | | Pruco Correspondence with Coventry Capital and Coventry First | |
| 7. | PRU – 00615 to 00625, 01204 to 01211 | | Pruco Change of Beneficiary Guidelines | Confidential |

---

[1] This trial exhibit list has been amended from Wells Fargo's previous exhibit list [Ex. A to DE 223] to correct the dates of Exhibit Nos 10 and 48, correct the bates-range in Exhibit Nos. 2, 26, 51, 62 and 83, identify Exhibit Nos. 109-111, and further identify referenced deposition exhibits (Exhibit Nos. 112-142). The parties met and conferred about their respective exhibits and counsel for Pruco does not object to Wells Fargo amending its exhibit list to correct or include the referenced exhibits.

**Exhibit A to Wells Fargo's Pre-Trial Disclosures**
**Page | 1**

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 8. | PRU- 01056 to 01155 | 8-23-2004 | Portions of Pruco's Life Underwriting Guidelines ("LUG Memo") [McFarland Ex. 4; Evenson Ex. 5]. | Confidential filed under seal doc. no. 39 |
| 9. |  | 6-20-2005 | Broker Agreement [Exhibit A to Pruco's Complaint] |  |
| 10. | PRU- 01278 to 01287 | 7-11-2005 | A. Berger Application for Life Insurance or Policy Change, w/ Client Information Form. | Confidential filed under seal doc. no. 175-4 |
| 11. | PRU- 00629 to 00630 | 7-25-2005 | "Viatical and Life Settlements – A Message from Jim Avery" [McFarland Ex. 3]. |  |
| 12. | DUNNAM- 0002 to 0005 | 8-2-2005 | Documents related to the closing of a life insurance settlement for the Richard Berger Insurance Trust dtd 8/2/2005 and a $172,828.86 wire payment, dated May 2, 2008. | Confidential filed under seal doc. no. 175-26 |
| 13. |  | 8-30-2005 | Email from B. Pyle to J. Godin [Pyle Ex. 6]. | Confidential filed under seal doc. no. 46 |
| 14. | PRU- 00686 to 00714 | 9-19-2005 | Fax correspondence from J. Godin to B. Pyle [Pyle Ex. 8]. | Confidential filed under seal doc. no. 31 |
| 15. | WIS – 00001 to 00006, 00030 to 00035 | 11-29-2005 | Worldwide Inspection Services Reports dated Nov. 29, 2005 and dated June 1, 2005. |  |
| 16. | BOA - 0004 | 1-25-2006 | LaSalle Bank, N.A. Premium Loan Application |  |
| 17. | PRU- 00054 to 00064 | 2-21-2006 | Arlene Berger Application for Life Insurance w/ Client Information Form, Illustration Certificate, and Authorization, Acknowledgment and Limited Insurance Agreement Form [A. Berger Ex. 4] | Confidential filed under seal doc. no. 175-3 |
| 18. | PRU- 00076 to 00079 | 2-22-2006 | Part 2 of A. Berger's second application to Pruco [Pyle Ex. 14]. | Confidential filed under seal doc. no. 29 |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 19. | PRU- 00052 to 00064 | 2-27-2006 | Fax correspondence from J. Godin to B. Pyle [Pyle Ex. 12]. | Confidential filed under seal doc. no. 175-3 |
| 20. | | 4-13-2006 | Pruco Life Insurance Company Policy No. V1208044 for A. Berger, dated April 13, 2006 (May 11, 2006 processing date copy) [A. Berger Ex. 21] | |
| 21. | PRU-00485 to 00491 | 4-26-2006 | Pruco Legacy/Estate History Printout, with IAI Report [Evenson Ex. 9]. | Confidential filed under seal doc. no. 32 |
| 22. | WT – 0059 to 0065 | 6-5-2006 | Trust Agreement of The Arlene Berger 2006 Life Insurance Trust [A. Berger Ex. 8]. | |
| 23. | WT – 0066 to 0080 | 6-6-2006 | Supplement to Trust Agreement and Certificates [A. Berger Ex. 9]. | |
| 24. | BOA- 0012 to 0016 | 6-6-2006 | Settlor Non-Recourse Security Agreement between Mrs. Berger and LaSalle Bank | |
| 25. | | 6-16-2006 | S. Brasner Fax to Pruco attaching Change of Ownership/Beneficiary Form [A. Berger Ex. 18]. | |
| 26. | PRU-00276 to 00286 | 6-16-2006 | S. Brasner Fax to Pruco: Settlement Options forwarding Change of Ownership/Beneficiary Form [H. Farrell Ex. 5]. | Confidential filed under seal doc. no. 49 |
| 27. | PRU -00287 to 00295 | 6-30-2006 | Prudential letter to Wilmington Trust Company attaching New Ownership Form | |
| 28. | WT – 0051 to 0058 | 7-17-2006 | Note and Security Agreement between the Arlene Berger Trust/Premium Finance Sub-Trust and LaSalle Bank, N.A. | |
| 29. | PRU- 00504 to 00509 | 5-29-2008 | Correspondence from Coventry Capital to Pruco [Rubery Ex. 1]. | |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 30. | PRU- 00500 to 00501 | 5-30-2008 | Letter from T. Rubery to J. Dunn of Coventry Capital [Rubery Ex. 2]. | |
| 31. | PRU- 00569 | 5-30-2008 | Pruco Viatical Control Log Entry for Coventry Capital [Rubery Ex. 3]. | Confidential filed under seal doc. no. 34 |
| 32. | PRU- 00510 to 00514 | 8-21-2008 | Correspondence from J. Grey of Welcome Funds to Pruco [Rubery Ex. 4]. | Confidential filed under seal doc. no. 35 |
| 33. | PRU- 01709 | 8-22-2008 | Pruco Viatical Control Log Entry for Welcome Funds [Rubery Ex. 5]. | Confidential filed under seal doc. no. 50 |
| 34. | PRU- 00515 to 00518 | 8-22-2008 | Faxed communication from T. Rubery to J. Grey of Welcome Funds [Rubery Ex. 6]. | |
| 35. | Infinity 0092-0093 | 9-15-2008 | Email thread between P. Wagner and R. Berger | |
| 36. | LAVA- 00663 to 00670 | 9-15-2008 | R. Berger letter to Wilmington Trust, Irrevocable Settlor Instruction Letter and Second Supplement to Trust Agreement | Confidential filed under seal doc. no. 175-24 |
| 37. | LAVA- 00566 | 9-17-2008 | LaSalle Bank, N.A. letter to Arlene Berger Trust/Premium Finance Sub-Trust | Confidential filed under seal doc. no. 175-20 |
| 38. | PRU- 00519 to 00521 | 12-1-2008 | Letter from J. Dunn of Coventry Capital to Pruco [Rubery Ex. 12]. | |
| 39. | WF – 0265 | 12-10-2008 | Verbal Verification of Coverage Form completed by J. Bunsick | Confidential filed under seal doc. no. 175-5 |
| 40. | | 12-10-2008 | Certified Audio Transcription of telephone call from J. Bunsick to Pruco employee T. Hollis for verbal verification of coverage | |
| 41. | WF- 0411 to 0417 | 12-12-2008 | Tripartite Entitlement Order with escrow schedules | Confidential filed under seal |
| 42. | WF 0427 | 12-16-08 | Purchaser's Certification of Completion of Pre-Offer Review | Confidential filed under seal |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 43. | WF 0428 | 12-16-08 | Life Policy Eligibility Criteria Waiver | Confidential filed under seal |
| 44. | WF- 0425 to 0426 | 12-24-08 | Eligibility Certificate | Confidential filed under seal |
| 45. | WF-0310 to 0321 | 12-24-2008 | Letter of Wells Fargo, N.A., as Securities Intermediary, to Pruco, attaching Change of Ownership/Beneficiary Form | |
| 46. | PRU- 00350 to 00353 | 1-9-2009 | Prudential letter to Wells Fargo Bank, N.A., as Securities Intermediary, attaching Confirmation of Ownership Change | |
| 47. | WF 0415 to 0417 | 1-20-2009 | Schedule of all disbursements for Lavastone Capital LLC's purchase of the Berger Policy to be released from escrow at the January 20, 2009 closing. | Confidential filed under seal doc. no. 175-9 |
| 48. | | 12-10-2008 | Audio recording (.wav file) of call between T. Hollis and J. Bunsick | |
| 49. | PRU – 00570 | 6-2010 | List from Pruco of premium payments totaling $654,030.82 received by Pruco through June 2010 for Policy No. V1208044 – Arlene Berger | |
| 50. | WF 0665 to 0667 | 3-28-2011 | Assignment of Claim Agreement | |
| 51. | WF 0978 to 0979 | 3-28-2011 | Lavastone Letter to Wells Fargo, as Securities Intermediary | |
| 52. | | 5-20-2011 and 6-21-2011 | Volumes I and II of the Deposition transcript of P. Wagner w/Exhibits separately identified on this list | |
| 53. | | 6-1-2011 | Deposition transcript of B. Pyle w/ Exhibits separately identified on this list | |
| 54. | | 6-2-2011 | Deposition transcript of C. Evenson w/ Exhibits separately identified on this list | |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 55. | | 6-16-2011 | Deposition transcript of T. Rubery w/ Exhibits separately identified on this list | |
| 56. | | 6-17-2011 | Deposition transcript of H. Farrell w/ Exhibits separately identified on this list | |
| 57. | | 6-28-2011 | Deposition transcript of M. McFarland (Vols. I and II) w/ Exhibits separately identified on this list | |
| 58. | | 8-10-2011 | Deposition transcript of G. Flattum w/ Exhibits separately identified on this list | |
| 59. | | 8-18-2011 | Deposition transcript of James Avery w/ Exhibits separately identified on this list | |
| 60. | | | Records custodian declaration of R. Cooper w/ Audio CD of closing interview w/ Arlene Berger | |
| 61. | WF0077 | 7-13 thru 10-13-2010 | Summary of premium payments for A. Berger Policy No. V120844 from July 13, 2009 through October 13, 2010 | Confidential |
| 62. | WF0044, 0046 & 0050 | 07-13-2009 | Excerpt of Premium Report for July 2009 indicating premium payment for A. Berger Policy No. V120844 and transfer to Pruco Life Ins. | Confidential |
| 63. | WF0068 & 0073 | 10-13-2009 | Excerpt of Premium Report for October 2009 indicating premium payment for A. Berger Policy No. V120844 and transfer to Pruco Life Ins. | Confidential |
| 64. | WF0024 & 0032 | 1-13-2010 | Excerpt of Premium Report for January 2010 indicating premium payment for A. Berger Policy No. V120844 and transfer to Pruco Life Ins. | Confidential |
| 65. | WF0002 | 4-13-2010 | Excerpt of Premium Report for April 2010 indicating premium payment for A. Berger Policy No. V120844 | Confidential |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 66. | WF0058 & 0063 | 7-13-2010 | Excerpt of Premium Report for July 2010 indicating premium payment for A. Berger Policy No. V120844 and transfer to Pruco Life Ins. | Confidential |
| 67. | WF0008 & 0013 | 10-13-2010 | Excerpt of Premium Report for October 2010 indicating premium payment for A. Berger Policy No. V120844 and transfer to Pruco Life Ins. | Confidential |
| B. Exhibits Wells Fargo **May** Offer at Trial: | | | | |
| 68. | PRU – 00001 to 00420, 00485 to 00612 | | Berger "Policy File" | |
| 69. | PRU- 00901 to 00912 | | Pruco BGA Agreement w LBEG | Confidential |
| 70. | PRU- 01179 to 01197 | | Pruco Emails (var. dates) | |
| 71. | PRU- 01269 to 001443 | | Pruco "Application File" (V1196581) | |
| 72. | PRU- 01710 | | Pruco Report of Total VOC Log Entries 1999-2011 [Rubery Ex. 7] | Confidential |
| 73. | PRU- 01711 | | Pruco Spreadsheet of Coventry Contact 2001-2011 [Rubery Ex. 8] | Confidential |
| 74. | PRU- 01571 to 01669 | | Coventry Capital/Coventry First VOC Log Entries [Rubery Ex. 11] | Confidential |
| 75. | NP 0239 to 0290 | | Arlene and Richard Berger 2004 Fed. Tax Returns | |
| 76. | NP 0203 to 0238 | | Arlene and Richard Berger 2005 Fed. Tax Returns | |
| 77. | NP 0149 to 0202 | | Arlene and Richard Berger 2006 Fed. Tax Returns | |
| 78. | PRU- 00001 to 00016 | 4-24-2003 | Letter from Prudential Select, with S. Brasner broker agreement attached | Confidential filed under seal doc. no. 175-2 |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 79. | Infinity 0079 | 3-7-2005 | Email from M. Tarshis to P. Wagner | |
| 80. | Infinity 0080 | 2-20-2008 | Email from K. Steele to P. Wagner | |
| 81. | Infinity 0090 to 0091 | | Email thread between R. Cooper, P. Wagner and R. Berger | |
| 82. | PRU- 01187 to 01197 | 8-25-2008 | Various Pruco internal emails concerning the Berger Policy [H. Farrell Ex. 16]. | Confidential filed under seal doc. no. 41 |
| 83. | WF- 0266 to 0278 | 12-18-2008 | Life Insurance Policy Purchase Agreement | |
| 84. | WF- 0980 | | Funding Method Request | |
| 85. | WF- 0981 | 12-18-2008 | Funding Certification | |
| 86. | PRU- 01844 to 01848 | | First Quarter 2008 Risk Management Life Settlement Analysis | |
| 87. | PRU- 01849 to 01854 | | Second Quarter 2008 Risk Management Life Settlement Analysis | |
| 88. | PRU- 01855 to 01860 | | Third Quarter 2008 Risk Management Life Settlement Analysis | |
| 89. | PRU- 01861 to 01866 | | Fourth Quarter 2008 Risk Management Life Settlement Analysis | |
| 90. | PRU- 01867 to 01871 | | First Quarter 2009 Risk Management Life Settlement Analysis | |
| 91. | PRU- 01872 to 01873 | | List titled "Common Viatical Companies" | |
| 92. | PRU- 01874 | | List titled "Viatical Companies Involved in Litigation" | |
| 93. | PRU- 01875 | | Pruco "Viatical Overview" | |
| 94. | PRU- 01876 to 01878 | | Pruco Viatical Procedures | |
| 95. | PRU- 01879 to 01881 | | Pruco Viatical Database SOP | |
| 96. | PRU- 01882 to 01888 | | Pruco Call Center Procedures | |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 97. | | 1-11-2011 | Declaration of Amy Welsh, dated Jan. 11, 2011 | |
| 98. | | 1-28-2011 | Deposition transcript of K. Rutherford w/Exhibits separately identified on this list | |
| 99. | | 2-1-2011 | Volume I of the Deposition transcript of A. Berger w/Exhibits separately identified on this list | |
| 100. | | 2-2-2011 | Volume II of the Deposition transcript of A. Berger w/Exhibits separately identified on this list | |
| 101. | | 2-2-2011 | Deposition transcript of R. Berger w/Exhibits separately identified on this list | |
| 102. | | 6-29-2011 | Deposition transcript of C. Brehm w/Exhibits separately identified on this list | Confidential filed under seal doc. no. 175-28 |
| 103. | | 7-20-2011 | Deposition transcript of J. Godin w/Exhibits separately identified on this list | |
| 104. | | 8-4-2011 | Deposition transcript of C. Yilmaz w/Exhibits separately identified on this list | Confidential filed under seal doc. no. 175-27 |
| 105. | | 9-12-2011 | Supplemental Declaration of Amy Welsh, dated Sept. 12, 2011 | |
| 106. | | | All pleadings filed by the parties in this matter w/attachments | |
| 107. | | | All written discovery responses and disclosures filed and/or served by the parties in this matter | |
| 108. | | | All trial exhibits identified by Pruco | |
| 109. | | | Records Certifications of Custodians of Records from non-parties producing documents in discovery, including but not limited to, Dunnam & Dunnam, LLP | |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 110. | PRU-01549 to 01552 PRU- 01889 to 01896 | 7-10-08 to 7-21-08 | Pruco Email Thread re: Brasner w/attachments | |
| 111. | PRU-01517, 01519-01527, 01553-01554, 01558-01560 | 6-21-10 & 10-26-10 to 10-29-10 | Pruco Email Thread re: Brasner | Confidential |
| 112. | PRU-00632 to 00639 | 2005 & 2006 | Pruco Life Insurance Underwriting, Investigation, and Claims Divisions Employee Charts [Evenson Ex. 1] | Confidential |
| 113. | PRU-00573 to 00575 | 4-26-2006 | Pruco MNBS Referral Notice for A. Berger Policy [Evenson Ex. 9] | Confidential |
| 114. | LAVA- 00650 to 00652 | 11-0-2008 | Proof of Collateral Value Loss [Yilmaz Ex. 20] | Confidential |
| 115. | LAVA- 00646 | 12-11-2008 | Executive Claim Summary for various certificates [Yilmaz Ex. 22] | Confidential |
| 116. | LAVA- 00433 to 00490 | 7-1-2008 | Servicing & Monitoring Agreement b/t AIG Life, Coventry First, and Wells Fargo as of July 1, 2008 [Yilmaz Ex. 23] | Confidential |
| 117. | WF – 0079 to 0080; Wachovia -001 to 002 | 1-25-2006 to 5-2-2006 | (Comp) Insured's Authorization to Release Medical Records and Special Irrevocable Durable Power of Attorney, and Cashier Check for $81,871.75 to Prudential [A. Berger Exs. 7, 10] | |
| 118. | WT – 0119 to 0115 | 12-15-2005 | American General Life Policy No. U10032844L insuring life of A. Berger [A. Berger Ex. 11] | |
| 119. | Fidelity – 00488 | | Wire transfer information [A. Berger Ex. 13] | |
| 120. | | | [R. Berger Ex. 22] | |
| 121. | | | [R. Berger Ex. 23] | |
| 122. | | | [R. Berger Ex. 24] | |
| 123. | | | [R. Berger Ex. 25] | |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 124. | WIS – 00001 to 00052 | 2005 | (Composite) Worldwide Inspection Servs 11-29-05 report re Policy V1196581 and series of e-mails and notes [Rutherford Ex. 3] | |
| 125. | | 5-7-2010 | Worldwide Insp. Servs fax to K. Ferrian with handwritten notes [Rutherford Ex. 4] | |
| 126. | A. Berger p. 80-81 | 11-28-2005 | Wagner/Infinity fax to Joann and Berger Financial Statement [Wagner Ex. 11] | |
| 127. | PRU-01444; PRU-00051 | 3-0-2006 | e-mail thread and copy of 2006 Berger Financial Statement [Wagner Ex. 12; Brasner Exs. 14, 15 in part] | |
| 128. | WF - 0284 to 0287 | 1-25-2006 | Insured Disclosure Statement, Acknowledgement, and Consent & Agreement [Wagner Ex. 20] | Confidential filed under seal doc. no. 5 |
| 129. | WF - 0281 to 0282 | 1-25-2006 | Insured's Authorization to Release Medical Records & Special Irrevocable Durable Power of Attorney [Wagner Ex. 22] | Confidential filed under seal doc. no. 5 |
| 130. | Wachovia - 0584 to 0585 | 7-20-2006 | Deposit slip for $81,874; check from LaSalle to Berger [Wagner Ex. 25] | |
| 131. | Wachovia – 0249 | 7-20-2006 | Infinity Boynton Beach check to Lifetime Assets Corp for $81,870 [Wagner Ex. 26] | |
| 132. | PRU -00573 to 00575 | | (Comp) Pruco Settlement Options Archived Rulebook for Ownership Change w/in 2 months (no specified dates) and Designating Beneficiaries (indicting applicable dates 11/20/99 to 1/17/07) [Farrell Ex. 6] | Confidential |
| 133. | PRU -00346 to 00349 | 11-18-2008 | Pruco default notice to Wilmington Trust Co and payment coupon related to Policy V1208044 [Farrell Ex. 11] | Confidential |

| Def. Ex. No. | Bates Nos. or Other Identification | Date | Description | Confidential or Highly Confidential |
|---|---|---|---|---|
| 134. | PRU -00522 to 00529; PRU -01698 to 01708 | 12-24-2008 | (Comp) Wells Fargo fax to Prudential's settlement operations dept with Change of Beneficiary/Ownership for Berger Policy, and excerpt from Prudential's Life Claim Procedures Manual [Farrell Exs. 12, 15] | |
| 135. | | | [McFarland Exs. 1, 12, & 17] | |
| 136. | | | [McFarland Ex. 18] | |
| 137. | | | [McFarland Ex. 21] | |
| 138. | | | [McFarland Ex. 22] | |
| 139. | WF – 0429 to 0464 | 7-1-2008 | Fiscal Agency Agreement b/t AIG Life and Wells Fargo [Brehm Ex. 2] | Attorneys Eyes Only |
| 140. | WF – 0387 to 0409 | 7-1-2008 | Purchaser's Securities Account Control Agreement b/t AIG and Wells Fargo [Brehm Ex. 4] | Attorneys Eyes Only |
| 141. | WF – 0383 | 1-19-2009 | Coventry e-mail to AIG and Pruco with confirmation of changes to policy [Brehm Ex. 18] | Confidential filed under seal doc. no. 5 |
| 142. | | 12-24-2008 to 1-19-2009 | Coventry e-mail to AIG forwarding confirmation of changes as set forth on attached 1-9-09 Pruco letter to Wells Fargo Bank [Brehm Ex. 25] | Confidential |