UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

       Plaintiff,

v.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

       Defendants.
_____/

## SCHEDULING ORDER

**THIS CAUSE** is before the Court upon the Order Granting Wells Fargo Bank, N.A.'s Rule 60(b) Motion [DE 276]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Trial in the above-referenced matter is set for the two-week trial period commencing **October 22, 2012** at **9:00 a.m.**, or as soon thereafter as the case may be called.

2. Calendar Call is set for **October 18, 2012** at **9:00 a.m.** All counsel must be present.

3. The parties are directed to engage in an a new mediation session.

4. The Court sets the remaining pretrial deadlines follows:

       New Mediation Report Deadline       September 14, 2012

       Motions in Limine       September 25, 2012

|  |  |
|---|---|
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | October 4, 2012 |
| Submission of Trial Briefs Counter-Designations, and Objections to Deposition Designations[1] | October 11, 2012 |
| Proposed Findings of Fact and Conclusions of Law | Calendar Call (October 18, 2012) |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 25th day of July, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.