IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80804-CV-COHN/SELTZER

Pruco Life Insurance Company,

        Plaintiff,

v.

Steven M. Brasner, individually and as principal of Infinity Financial Group, LLC, Mark A. Tarshis, Infinity Financial Group, LLC, Wells Fargo Bank N.A., as securities intermediary, and John Does 1-10,

        Defendants.

## PRUCO LIFE INSURANCE COMPANY'S TRIAL EXHIBIT LIST

Pursuant to Southern District of Florida Local Rule 16.1(d) and Federal Rule of Civil Procedure 26(a)(3), Plaintiff Pruco Life Insurance Company ("Pruco") hereby submits its amended trial exhibit list in the above-captioned action.

## EXHIBIT LIST

| Exhibit No. | Bates Range/Description | Wells Fargo Objections |
|---|---|---|
| Pruco-001 | Wachovia-147-150 (Infinity Boynton Beach Checking Account Records, May 2006 reflecting deposit of $81,875.75 from Coventry Financial, LLC) | |
| Pruco-002 | Wachovia-001 (Check from Infinity Boynton Beach Checking Account dated May 1, 2006 and made out to Prudential in the amount of $81,871.75) | |
| Pruco-003 | Wachovia-002 (Wachovia Cashier's Check dated May 2, 2006 and made out to Prudential in the Amount of $81,871.75) | |
| Pruco-004 | Wachovia-584-585 (LaSalle Bank Check dated July 17, 2006 and made out to Arlene Berger at Infinity Financial's Address in the amount of $81,870.75) | |

| | | |
|---|---|---|
| Pruco-005 | Wachovia-139-142  (Infinity Boynton Beach Checking Account Records, July 2006 reflecting $81,870.75 check deposit) | |
| Pruco-006 | Wachovia-249  (Check from Infinity Boynton Beach dated July 20, 2006 and made out to Lifetime Assets Corp. in the amount of $81,870.78) | |
| Pruco-007 | PRU-01278-01287  (July 2005 application for life insurance policy insuring Arlene Berger) | |
| Pruco-008 | WIS-001-006  (Worldwide Inspection Services inspection report) | |
| Pruco-009 | WF-0281-0282  (Irrevocable Durable Power of Attorney signed by Arlene Berger on January 25, 2006 in favor of Coventry Capital I, LLC) | |
| Pruco-010 | WF-0284-0287  (Disclosure Statement signed by Arlene Berger on January 15, 2006 for Coventry Capital I, LLC) | |
| Pruco-011 | PRU-00054-00064  (February 2006 application for life insurance policy insuring Arlene Berger) | |
| Pruco-012 | PRU-01156-01172  (Pruco Underwriting Notes) | |
| Pruco-013 | PRU-01080-01093  (Pruco Underwriting Guidelines re: Settlement Contracts, Viatical Contracts, IOLI, STOLI and Non-Recourse Premium Financing) | |
| Pruco-014 | PRU-01444  (March 8, 2006 email from J. Godin to B. Pyle attaching Arlene Berger "financials") | |
| Pruco-015 | PRU-00051  (Confidential Financial Statement listing Arlene Berger's net worth as $15.95 million) | |
| Pruco-016 | PRU-00093-00094  (March 14, 2006 email from J. Godin to B. Pyle providing Pruco with information requested by underwriters for Berger Policy) | |
| Pruco-017 | PRU-01445-01479  (Pruco Policy no. V1208044) | |
| Pruco-018 | PRU-00180  (Delivery Receipt for Berger Policy signed by Arlene Berger on April 28, 2006) | |
| Pruco-019 | PRU-00276-00281  (June 16, 2006 change of ownership and beneficiary request on Pruco Policy no. V1208044) | |
| Pruco-020 | PRU-00287-00289  (June 30, 2006 confirmation of change of ownership and | |

|           |                                                                                                                     |  |
|-----------|---------------------------------------------------------------------------------------------------------------------|--|
|           | beneficiary request)                                                                                                |  |
| Pruco-021 | PRU-00846-00847  (Prudential Financial letter terminating Steven Brasner as a broker)                               |  |
| Pruco-022 | LAVA-00664-00667  (Irrevocable Settlor Instruction Letter dated September 15, 2008)                                 |  |
| Pruco-023 | BOA-0043  (September 17, 2008 emails re: relinquishment of Pruco Policy no. V1208044)                               |  |
| Pruco-024 | LAVA-00565-00568  (September 17, 2008 letter re: satisfaction of premium finance loan through relinquishment of Pruco Policy no. V1208044) |  |
| Pruco-025 | WF-0279-0280 (Disclosure Statement and Seller Acknowledgment signed on December 9, 2008)                            |  |
| Pruco-026 | WF-0283  (Beneficiary's Release and Consent to Change Beneficiary of Life Insurance Policy)                         |  |
| Pruco-027 | WF-0411-0417  (Tripartite Entitlement Order dated December 12, 2008 between Coventry First, LLC, AIG Life Settlements, LLC and Wells Fargo Bank, N.A.) |  |
| Pruco-028 | WF-0427-0428  (Certification of Pre-Offer Review and Life Policy Eligibility Criteria Waiver)                       |  |
| Pruco-029 | LAVA-0034-0045  (Life Insurance Purchase Agreement dated December 18, 2006 between Bank of American, N.A. and Coventry First, LLC) |  |
| Pruco-030 | WF-0278  (Funding Certification dated December 18, 2008)                                                            |  |
| Pruco-031 | WF-0425-0426  (Eligibility Certification and List of Required Documents)                                            |  |
| Pruco-032 | WF-0410  (List of Required Pre-Sale Documents Comprising Sales Documentation Package)                               |  |
| Pruco-033 | PRU-00522-00529  (December 24, 2008 change of ownership and beneficiary request on Pruco Policy no. V1208044)       |  |
| Pruco-034 | PRU-00350-00352  (January 9, 2009 confirmation of change of ownership and beneficiary request)                      |  |
| Pruco-035 | LAVA-00672-00673  (Lexington Insurance Company Premium Finance Insurance Coverage Certificate)                      |  |
| Pruco-036 | LAVA-00641  (July 17, 2006 email re:                                                                                |  |

| | | |
|---|---|---|
| | approval of Premium Finance Insurance Coverage) | |
| Pruco-037 | LAVA-00643 (Premium Finance Program Summary – AIG) | |
| Pruco-038 | WF-0387-WF-0409 (Purchaser's Securities Account Control Agreement) | |
| Pruco-039 | WF-0606-0664 (Servicing and Monitoring Agreement between AIG Life Settlements, Coventry First, LLC and Wells Fargo Bank, N.A.) | |
| Pruco-040 | LAVA-00645 (Executive Claim Summary for Premium Finance Insurance Coverage) | |
| Pruco-041 | LAVA-00653 (January 9, 2009 email re: funds received from Coventry by AIG Risk Finance) | |
| Pruco-042 | LAVA-00232 (Lavastone Underwriting document for Pruco policy insuring the life of Arlene Berger) | |
| Pruco-043 | PRU-00017-00038 (2005 Broker Agreement between Prudential Financial and Steven Brasner) | |
| Pruco-044 | January 2009 Florida Office of Insurance Regulation report entitled Stranger-Originated Life Insurance ("STOLI") and the Use of Fraudulent Activity to Circumvent the Intent of Florida's Insurable Interest Law | |
| Pruco-045 | WF-0982-WF-1063 (Life Policies Origination Agreement between and among Coventry First, LLC, AIG Life Settlements, LLC and Wells Fargo Bank, N.A.) | |
| Pruco-046 | PRU-00851-00852 (Data Verification Report conducted re: 2005 Berger Application) | |
| Pruco-047 | PRU-1179-1180 (Email chain between J. Godin and B. Pyle re: Case Status Berger V1208044) | |
| Pruco-048 | PRU-00977-00978 (Email chain between J. Schutz, B. Pyle and C. Evenson re: A. Berger medical records) | |
| Pruco-049 | PRU-01188 (Email to Welcome Funds enclosing requested illustration) | |
| Pruco-050 | PRU-00605 (Email from M. Wuestewald re: illustration requested by P. Wagner) | |
| Pruco-051 | PRU-00612 (Email from D. Osmun to P. Wagner enclosing illustration requested by P. Wagner) | |

| Pruco-052 | PRU-00504-00506 (Facsimile from J. Dunn to Pruco requesting annual statement for policy no. V1208044) | |
|---|---|---|
| Pruco-053 | PRU-00500 (Letter from T. Rubery to J. Dunn re: request for annual statement) | |
| Pruco-054 | PRU-00569 (May 30, 2008 Viatical Control Log entry) | |
| Pruco-055 | PRU-01549-01552 (July 2008 email chain re: AXA lawsuit) | |
| Pruco-056 | PRU-00510-PRU-00514 (August 21, 2008 Welcome Funds verification of coverage Request) | |
| Pruco-057 | PRU-00515-00518 (Pruco response to Welcome Funds verification of coverage request) | |
| Pruco-058 | PRU-00346-00349 (November 13, 2008 Grace Notice for policy no. V1208044) | |
| Pruco-059 | PRU-00519-00521 (December 1, 2008 Facsimile from J. Dunn to Pruco requesting grace notice for policy no. V1208044) | |
| Pruco-060 | PRU-00661 (Prudential Brokerage call center call log for phone call received on December 10, 2008 from Wilmington Trust Company) | |
| Pruco-061 | WF-0265 (Coventry First form titled Verbal Verification of Coverage) | |
| Pruco-062 | PRU-1196-1197 (Coventry First check dated December 24, 2008 in the amount of $112,071.12) | |
| Pruco-063 | PRU-1567-1569 (April 22, 2008 email from M. Lovendusky re: arrest of S. Brasner) | |
| Pruco-064 | April 23, 2010 Wall Street Journal Article *Deals & Dealmakers: In Brief* re: arrest of S. Brasner | |
| Pruco-065 | June 8, 2010 Pruco Special Investigation Unit Report authored by K. Ferrian (D.E. # 253-1) | |
| Pruco-066 | June 22, 2010 Wall Street Journal Article *Regulators Crack Down On Murky Life-Insurance Policies* | |
| Pruco-067 | Audio recording of December 10, 2008 phone call to Prudential Brokerage call center regarding Pruco policy no. V1208044. | |
| Pruco-068 | Complaint filed on June 9, 2008 in the lawsuit captioned *AXA Equitable Life Ins. Co. v. Infinity Fin. Group, et al.*, Case No. 08-cv-80611 | |

**Documents Pruco Life Insurance Company May Offer if the Need Arises**

| **Exhibit No.** | **Bates Range/Description** | **Wells Fargo Objections** |
| --- | --- | --- |
| TBD | Any documents listed on Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A.'s exhibit list | |
| TBD | Any and all documents that have been disclosed in discovery | |
| TBD | Records Certifications of Custodians of Records from non-parties producing documents in discovery | |

Dated: March 15, 2013

PETT FURMAN, PL
Attorneys for Plaintiff
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By:     s/Wendy L. Furman
         Wendy L. Furman, Esq.
         Fla. Bar No. 0085146
         wfurman@pettfurman.com

*Of Counsel*
Stephen A. Serfass, Esq., *Admitted Pro Hac Vice*
Michael D. Rafalko, Esq., *Admitted Pro Hac Vice*
Nolan B. Tully, Esq., *Admitted Pro Hac Vice*
Drinker Biddle & Reath LLP
One Logan Square
Suite 2000
Philadelphia, PA  19103-6996
(215) 988-2700

*Attorneys for Plaintiff Pruco Life Insurance Company*

**CERTIFICATE OF SERVICE**

I certify that on March 15, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>John K. Shubin, Esq.
>Juan J. Farach, Jr. Esq.
>Shubin & Bass, P.A.
>46 S.W. 1st Street, Third Floor
>Miami, FL 33130
>jshubin@shubinbass.com
>jfarach@shubinbass.com
>
>Raoul G. Cantero
>Maria J. Beguiristain
>White & Case LLP
>200 S. Biscayne Boulevard, Suite 4900
>Miami, Florida  33131
>Tel:  (305) 371-2700
>Fax:  (305) 358-5744
>raoul.cantero@miami.whitecase.com
>mbeguiristain@miami.whitecase.com
>
>*Counsel for Defendant, Wells Fargo Bank, N.A., as securities intermediary*
>
>              s/Wendy L. Furman
>              Wendy L. Furman