UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CIV-80804-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

    Defendants.
_____/

## AMENDED PRETRIAL DISCLOSURES OF DEFENDANT
## WELLS FARGO BANK, N.A., AS SECURITIES INTERMEDIARY

Defendant Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo"), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and General Rule 16.1(d) of the Local Rules of the United States District Court for the Southern District of Florida, submits the following pretrial disclosures:[1]

    1.    Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Wells Fargo states that it **expects** to call the following witnesses at trial:

>Michael McFarland, Pruco Life Insurance Company ("Pruco")
>c/o Drinker Biddle & Reath LLP
>One Logan Square, Suite 2000
>Philadelphia, PA  19103-6996
>(215) 988-2975

---

[1] Based on the Order Granting Wells Fargo's Rule 60(b) Motion [DE 287], Wells Fargo has amended its previously filed pretrial disclosures [DE 223 and 233].

CASE NO. 10-CIV-80804-COHN/SELTZER

    Hope Farrell, Pruco
    c/o Drinker Biddle & Reath LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    (215) 988-2975

    Kay Ferrian, Pruco
    c/o Drinker Biddle & Reath LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    (215) 988-2975

2. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Wells Fargo further states that it **may** call the following witnesses at trial:

    Charles Brehm, Wells Fargo
    c/o John K. Shubin, Esq.
    Shubin & Bass, P.A.
    46 S.W. 1st Street, 3rd Floor
    Miami, Florida 33130
    (305) 381-6060

    Connie Yilmaz, Lavastone Capital LLC
    c/o Michael Davis, Esq.
    Zeichner Ellman & Krause LLP
    575 Lexington Ave.
    New York, NY 10022
    (212) 826-5311

    Records custodian or representative of Palm Beach County Property Appraiser
    County Governmental Center
    301 North Olive Avenue
    West Palm Beach, FL 33401
    (561) 355-2866

3. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), Wells Fargo states that it **expects** to present testimony of Tracie Rubery, Cheryl Evenson, Bekah Pyle, James Avery and Gloria Flattum of Pruco, and Joann Godin of Life Brokerage Equity Group by means of deposition, and that it **may** present testimony of Kathy Rutherford of Worldwide Inspection Services by means of deposition.

2

4.      Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), Wells Fargo states that the documents or other exhibits it **expects** to offer at trial, and those which it **may** offer if the need arises, are listed in Exhibit A hereto.

5.      Wells Fargo reserves the right to amend and/or supplement these pretrial disclosures, as appropriate.

Dated:  March 15, 2013
         Miami, Florida

                                                  Respectfully submitted,

/s Juan J. Farach_____
John K. Shubin (Florida Bar Number: 771899)
jshubin@shubinbass.com
Juan J. Farach (Florida Bar Number: 957704)
jfarach@shubinbass.com
David R. Hazouri (Florida Bar Number: 142387)
dhazouri@shubinbass.com
SHUBIN & BASS, P.A.
*Attorneys for Defendant, Wells Fargo*
46 S.W. 1st Street, Third Floor
Miami, Florida 33130
Telephone: (305)381.6060
Facsimile:  (305)381.9457

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all Counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        \_\_\_\_\_s/ Juan J. Farach_____
                                            Juan J. Farach, Esq.

CASE NO. 10-CIV-80804-COHN/SELTZER

**SERVICE LIST**
*Pruco Life Ins. Co v. Brasner, et al.*
Case No. 10-CV-80804 Cohn/Seltzer
United States District Court, Southern District of Florida

Wendy L. Furman, Esq.
wfurman@pettfurman.com
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Tel. (561) 994-4311
Fax (561) 982-8985
*Attorneys for Plaintiff Pruco Life Insurance Company*
Service by CM/ECF

Stephen A. Serfass, Esq.
Stephen.serfass@dbr.com
Nolan B. Tully, Esq.
Nolan.tully@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Tel. (215) 988-2700
Of Counsel/Pro Hac Vice
*Attorneys for Plaintiff Pruco Life Insurance Company*
Service by CM/ECF