IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-80804-COHN/Seltzer

Pruco Life Insurance Company,

              Plaintiff,

v.

Steven M. Brasner, individually and as principal of Infinity Financial Group, LLC, Mark A. Tarshis, Infinity Financial Group, LLC, Wells Fargo Bank, N.A., as Securities Intermediary, and John Does 1-10,

              Defendants.

**PRUCO LIFE INSURANCE COMPANY'S DESIGNATIONS OF
DEPOSITION TESTIMONY FOR USE AT TRIAL**

Plaintiff, Pruco Life Insurance Company ("Pruco"), for its Designations of Deposition Testimony for use at Trial, states that Pruco expects to call Lavastone Capital, LLC's corporate designee, Connie Yilnaz, to testify at trial in this action. If, however, Pruco is not able to secure the appearance of Ms. Yilnaz at trial, the following deposition testimony is designated. Pruco reserves its right to read the below listed designations into the record in the event that Lavastone or Ms. Yilnaz do not testify at trial.

Dated: March 29, 2013              PETT FURMAN, PL
                                            Attorneys for Plaintiff
                                            2101 N.W. Corporate Blvd., Suite 316
                                            Boca Raton, FL 33431
                                            (561) 994-4311
                                            (561) 982-8985 (fax)

                                            By:  s/Wendy L. Furman
                                                      Wendy L. Furman
                                                      Fla. Bar No. 0085146
                                                      wfurman@pettfurman.com

*Of Counsel*
Stephen C. Baker *(Admitted Pro Hac Vice)*
Stephen A. Serfass *(Admitted Pro Hac Vice)*
Michael D. Rafalko *(Admitted Pro Hac Vice)*
Nolan B. Tully *(Admitted Pro Hac Vice)*
**DRINKER BIDDLE & REATH LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2700
Stephen.serfass@dbr.com
Michael.rafalko@dbr.com
Nolan.tully@dbr.com

*Attorneys for Plaintiff*
*Pruco Life Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John K. Shubin, Esq.
Shubin & Bass, P.A.
46 S.W. 1st Street, Third Floor
Miami, FL 33130
jshubin@shubinbass.com
*Counsel for Wells Fargo*

Raoul G. Cantero, Esq.
Maria J. Beguiristain, Esq.
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131
rcantero@whitecase.com
mbeguiristain@whitecse.com
*Co-Counsel for Wells Fargo*

s/Wendy L. Furman
Wendy L. Furman

1. Deposition Transcript of Connie Yilnaz, dated August 4, 2011:

| Party | Page:Line Designation |
|---|---|
| Lavastone | Page 4, line 25 – page 6, line 8 |
| Lavastone | Page 7, line 23 – page 11, line 16 |
| Lavastone | Page 17, lines 8 – 18 |
| Lavastone | Page 19, line 4 – page 20, line 23 |
| Lavastone | Page 22, line 20 – page 24, line 13 |
| Lavastone | Page 25, lines 11 – 19 |
| Lavastone | Page 27, lines 15 – 20 |
| Lavastone | Page 28, line 22 – page 30, line 5 |
| Lavastone | Page 31, line 14 – page 33, line 6 |
| Lavastone | Page 34, line 21 – page 38, line 14 |
| Lavastone | Page 39, line 25 – page 40, line 7 |
| Lavastone | Page 40, lines 13 – 21 |
| Lavastone | Page 41, line 25 – page 43, line 23 |
| Lavastone | Page 44, lines 6 – 19 |

| Party | Page:Line Designation |
|---|---|
| Lavastone | Page 47, lines 10 – 24 |
| Lavastone | Page 48, line 15 – page 49, line 2 |
| Lavastone | Page 49, line 17 – page 55, line 18 |
| Lavastone | Page 56, line 14 – page 57, line 6 |
| Lavastone | Page 58, line 3 – page 63, line 2 |
| Lavastone | Page 65, line 15 – page 66, line 19 |
| Lavastone | Page 72, line 6 – page 74, line 20 |
| Lavastone | Page 76, line 7 – page 77, line 14 |
| Lavastone | Page 81, line 2 – page 83, line 11 |
| Lavastone | Page 90, line 18 – page 91, line 8 |
| Lavastone | Page 94, line 23 – page 107, line 6 |
| Lavastone | Page 110, line 16 – page 114, line 11 |
| Lavastone | Page 114, line 24 – page 119 – line 6 |
| Lavastone | Page 121, lines 5 – 22 |
| Lavastone | Page 122, line 16 – page 124, line 9 |

| Party | Page:Line Designation |
|---|---|
| Lavastone | Page 126, lines 16 – page 128, line 7 |
| Lavastone | Page 128, line 13 – page 129, line 7 |
| Lavastone | Page 136, line 19 – page 138, line 12 |
| Lavastone | Page 138, line 24 – page 141, line 2 |
| Lavastone | Page 141, line 16 – page 143, line 22 |
| Lavastone | Page 144, lines 14 – 18 |
| Lavastone | Page 146, line 21 – page 157, line 17 |
| Lavastone | Page 160, line 14 – page 161, line 3 |
| Lavastone | Page 162, line 21 – page 165, line 13 |
| Lavastone | Page 166, line 5 – page 167, line 7 |
| Lavastone | Page 170, line 10 – page 177, line 23 |
| Lavastone | Page 178, lines 9 – 20 |
| Lavastone | Page 182, line 24 – page 183, line 8 |
| Lavastone | Page 185, line 20 – page 188, line 6 |
| Lavastone | Page 190, line 20 – page 193, line 19 |

| Party | Page:Line Designation |
|---|---|
| Lavastone | Page 197, line 8 – page 198, line 9 |
| Lavastone | Page 201, line 2 – page 203, line 12 |
| Lavastone | Page 204, line 6 – page 205, line 25 |
| Lavastone | Page 207, line 13 – page 209, line 6 |
| Lavastone | Page 209, line 23 – page 212, line 8 |
| Lavastone | Page 214, line 14 – page 217, line 2 |
| Lavastone | Page 218, line 13 – page 219, line 9 |
| Lavastone | Page 219, line 22 – page 220, line 8 |
| Lavastone | Page 222, lines 9 – 24 |
| Lavastone | Page 224, lines 3 – 20 |
| Lavastone | Page 225, line 16 – page 226, line 11 |
| Lavastone | Page 229, lines 6 – 24 |
| Lavastone | Page 232, line 2 – page 233, line 8 |
| Lavastone | Page 234, line 4 – page 239, line 17 |
| Lavastone | Page 240, line 10 – page 241, line 22 |

| Party | Page:Line Designation |
|---|---|
| Lavastone | Page 242, line 11 – page 243, line 8 |
| Lavastone | Page 243, line 23 – page 244, line 13 |
| Lavastone | Page 245, line 12 – page 246, line 14 |
| Lavastone | Page 247, line 19 – page 248, line 7 |
| Lavastone | Page 252, line 20 – page 257, line 9 |
| Lavastone | Page 260, line 15 – page 261, line 16 |
| Lavastone | Page 262, lines 11 – 17 |
| Lavastone | Page 264, line 15 – page 277, line 25 |
| Lavastone | Page 281, line 6 – page 282, line 23 |
| Lavastone | Page 299, line 13 – page 300, line 6 |
| Lavastone | Page 304, line 23 – page 305, line 21 |
| Lavastone | Page 314, line 8 – page 317, line 7 |
| Lavastone | Page 324, line 8 – page 326, line 12 |
| Lavastone | Page 327, line 9 – page 332, line 14 |
| Lavastone | Page 333, line 16 – page 334, line 20 |

| Party | Page:Line Designation |
|---|---|
| Lavastone | Page 340, lines 9 – 16 |
| Lavastone | Page 345, line 20 – page 347, line 17 |
| Lavastone | Page 363, line 3 – page 364, line 19 |
| Lavastone | Page 365, line 4 – page 366, line 15 |
| Lavastone | Page 369, lines 12 – 25 |
| Lavastone | Page 370, line 4 – page 371, line 2 |
| Lavastone | Page 373, lines 10 – 23 |
| Lavastone | Page 374, line 13 – page 375, line 15 |
| Lavastone | Page 377, line 7 – page 380, line 20 |