UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,
vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

    Defendants.
_____/

**DESIGNATIONS OF DEPOSITION TESTIMONY FOR USE AT TRIAL
OF WELLS FARGO, N.A., AS SECURITIES INTERMEDIARY**

Defendant Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), hereby designates the following deposition testimony of Tracie Rubery, Cheryl Evenson, Bekah Pyle, James Avery, Gloria Flattum, and Hope Farrell[1] of Pruco, Joann Godin of Life Brokerage Equity Group, and Kathy Rutherford of Worldwide Inspection Services for use at trial.[2]

---

[1] In its Amended Pretrial Disclosures [DE 300], Wells Fargo identified Hope Farrell as a witness it **expects** to call at trial. If, however, Wells Fargo is not able to secure the appearance of Farrell at trial, the following deposition testimony is designated. Wells Fargo reserves the right to read the below listed designations into the record in the event that Farrell does not testify at trial.

[2] Pruco has confirmed the appearance of Michael McFarland and Kay Ferrian at trial to present live testimony, and thus, Wells Fargo is not designating deposition testimony for McFarland or Ferrian.

1. Deposition transcript of Tracie Rubery (Pruco), dated June 16, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 4:9-11 | |
| Wells Fargo | 4:21 – 5:4 | |
| Wells Fargo | 10:24 – 11:4 | |
| Wells Fargo | 11:21 – 12:2 | |
| Wells Fargo | 12:15 – 14:6 | |
| Wells Fargo | 14:10 – 17:19 | |
| Wells Fargo | 20:8 – 21:5 | |
| Wells Fargo | 24:11 – 25:7, 9 | |
| Wells Fargo | 25:11-17; 19-20; 22-25 | |
| Wells Fargo | 25:22 – 26:21; 23-25 | |
| Wells Fargo | 27:3 – 28:14 | |
| Wells Fargo | 28:20 – 31:15; 17-18 | |
| Wells Fargo | 31:20 – 33:9; 11; 15-22 | |
| Wells Fargo | 33:25 – 34:17; 19 | |
| Wells Fargo | 34:21-23; 25 | |
| Wells Fargo | 35:2-5; 7 | |
| Wells Fargo | 35:18-20 | |
| Wells Fargo | 35:23 – 36:8 | |
| Wells Fargo | 36:22 – 37:25 | |
| Wells Fargo | 38:20 – 39:23 | |
| Wells Fargo | 39:25 – 40:8 | |
| Wells Fargo | 41:22 – 42:12 | |
| Wells Fargo | 43:18 – 44:3; 24-25 | |
| Wells Fargo | 45:8 – 46:4; 8-10 | |
| Wells Fargo | 47:11 – 48:8; 10-11; 13-18 | |
| Wells Fargo | 52:3-11; 13-16 | |
| Wells Fargo | 53:3 – 55:4; 6-22 | |
| Wells Fargo | 56:5 – 59:23 | |
| Wells Fargo | 59:25 – 63:22 | |
| Wells Fargo | 64:2 – 67:11; 13-21 | |
| Wells Fargo | 67:23 – 68:13 | |
| Wells Fargo | 68:16 – 69:12; 14-18 | |
| Wells Fargo | 69:20-24 70:10 | |
| Wells Fargo | 70:1-10 | |
| Wells Fargo | 70:12 – 71:3; 5-17 | |
| Wells Fargo | 71:24 – 72:12 | |
| Wells Fargo | 72:15 – 74:5 | |
| Wells Fargo | 74:8 – 77:4 | |
| Wells Fargo | 78:4-10 | |
| Wells Fargo | 79:22-24 | |
| Wells Fargo | 80:15-23 | |
| Wells Fargo | 82:7-12 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 82:15 – 83:5 | |
| Wells Fargo | 85:20-24 | |
| Wells Fargo | 86:2 | |
| Wells Fargo | 88:4-14; 16-19; 22-24 | |
| Wells Fargo | 89:2-5 | |
| Wells Fargo | 89:7 – 90:21 | |
| Wells Fargo | 94:16 – 95:13 | |
| Wells Fargo | 95:20 – 96:4 | |
| Wells Fargo | 96:6 – 97:4 | |
| Wells Fargo | 98:6 – 99:9 | |
| Wells Fargo | 99:11 – 100:2 | |
| Wells Fargo | 100:4 – 102:9 | |
| Wells Fargo | 102:11 – 104:19 | |
| Wells Fargo | 104:21 – 105:13 | |
| Wells Fargo | 106:13-19 | |
| Wells Fargo | 106:21 – 107:10 | |
| Wells Fargo | 107:21 – 109:9; 11-12 | |
| Wells Fargo | 109:14 – 110:16; 18 | |
| Wells Fargo | 110:20 – 111:2 | |
| Wells Fargo | 113:25 – 114:11 | |
| Wells Fargo | 114:18 – 116:19 | |
| Wells Fargo | 117:15 – 118:13; 15 | |
| Wells Fargo | 118:17 – 119:10; 12-13 | |
| Wells Fargo | 119:15-16; 18 | |
| Wells Fargo | 119:20 – 120:7; 18-19 | |
| Wells Fargo | 120:18 – 121:4; 6-10 | |
| Wells Fargo | 121:12 – 122:8 | |
| Wells Fargo | 122:14 – 123:20 | |
| Wells Fargo | 123:22 – 124:20 | |
| Wells Fargo | 124:22 – 125:24 | |
| Wells Fargo | 126:3-12 | |
| Wells Fargo | 126:14 – 127:12 | |
| Wells Fargo | 127:14 – 128:8 | |
| Wells Fargo | 128:10 – 129:22 | |
| Wells Fargo | 131:6-14 | |
| Wells Fargo | 134:14 – 135:4; 7-9 | |
| Wells Fargo | 135:11-25 | |
| Wells Fargo | 137:23 – 138:15 | |
| Wells Fargo | 138:18-24 | |
| Wells Fargo | 139:2; 4-5; 7 | |
| Wells Fargo | 139:13 – 140:2; 4-8 | |
| Wells Fargo | 140:10-15; 17 | |
| Wells Fargo | 142:16-19; 21-23 | |
| Wells Fargo | 144:7-18 | |

2. Deposition transcript of Cheryl Evenson (Pruco), dated June 2, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 5:3-5; 10-11; 16-19 | |
| Wells Fargo | 8:19-23 | |
| Wells Fargo | 10:22-23 | |
| Wells Fargo | 11:5 – 12:13 | |
| Wells Fargo | 13:3 – 15: 2 | |
| Wells Fargo | 15:11-15; 17-20 | |
| Wells Fargo | 16:1- 5; 19-22 | |
| Wells Fargo | 17:8-11 | |
| Wells Fargo | 17:23 – 19:9 | |
| Wells Fargo | 20:4-17 | |
| Wells Fargo | 20:21 – 21:4 | |
| Wells Fargo | 21:22 – 22:18; 21-25 | |
| Wells Fargo | 24:9-20 | |
| Wells Fargo | 25:1 – 26:3 | |
| Wells Fargo | 26:6 – 28:25 | |
| Wells Fargo | 29:12 – 31:3 | |
| Wells Fargo | 33:11-16; 22-24 | |
| Wells Fargo | 36:7-10 | |
| Wells Fargo | 39:7 – 40:6 | |
| Wells Fargo | 40:9 – 41:5 | |
| Wells Fargo | 41:13-19 | |
| Wells Fargo | 42:6-19 | |
| Wells Fargo | 46:10 – 47:11; 14-15; 18; 20 | |
| Wells Fargo | 47:22 – 48:4; 6; 8-11 | |
| Wells Fargo | 49:18 – 50:6 | |
| Wells Fargo | 51:7 – 52:1 | |
| Wells Fargo | 52:6-16; 19-23 | |
| Wells Fargo | 53:4 – 56:17; 19 | |
| Wells Fargo | 56:21-24 | |
| Wells Fargo | 57:1; 3-7; 9 | |
| Wells Fargo | 57:11 – 58:3 | |
| Wells Fargo | 58:5 – 59:11; 15-16 | |
| Wells Fargo | 59:20 – 60:16; 18-19 | |
| Wells Fargo | 60:21 – 61:25 | |
| Wells Fargo | 62:14 – 63:24 | |
| Wells Fargo | 64:13-22 | |
| Wells Fargo | 66:14 – 67:6 | |
| Wells Fargo | 67:21 – 68:6 | |
| Wells Fargo | 69:4-25 | |
| Wells Fargo | 70:21 – 71:17 | |
| Wells Fargo | 71:23 – 72:3; 8-25 | |
| Wells Fargo | 73:12-25 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 74:22 – 75:19 | |
| Wells Fargo | 78:7-14 | |
| Wells Fargo | 79:19 – 80:22 | |
| Wells Fargo | 81:6-10 | |
| Wells Fargo | 81:15 – 87:11; 13-16; 18-22 | |
| Wells Fargo | 88:9-23 | |
| Wells Fargo | 89:25 – 90:15 | |
| Wells Fargo | 90:25 – 93:24 | |
| Wells Fargo | 96:21 – 97:19 | |
| Wells Fargo | 98:2-18; 20-25 | |
| Wells Fargo | 99:1 – 100:9; 12-19; 21; 23-25 | |
| Wells Fargo | 101:3-12; 14-25 | |
| Wells Fargo | 102:2; 4-20; 22 | |
| Wells Fargo | 102:24 – 103:8 | |
| Wells Fargo | 105:5-15; 18-25 | |
| Wells Fargo | 106:4-15 | |
| Wells Fargo | 109:16 – 110:3 | |
| Wells Fargo | 110:6-22 | |
| Wells Fargo | 111:5 – 112:3; 5 | |
| Wells Fargo | 112:7-18; 20-21 | |
| Wells Fargo | 112:23 – 113:9 | |
| Wells Fargo | 113:18 – 116:25 | |
| Wells Fargo | 117:9 – 118:17 | |
| Wells Fargo | 119:8 – 120:6 | |
| Wells Fargo | 120:21 – 121:15 | |
| Wells Fargo | 123:12 – 124:8 | |
| Wells Fargo | 125:13-16 | |
| Wells Fargo | 125:21 – 127:9 | |
| Wells Fargo | 127:24 – 128:10 | |
| Wells Fargo | 128:23 – 129:24 | |
| Wells Fargo | 130:22 – 133:1 | |
| Wells Fargo | 133:6 – 134:25 | |
| Wells Fargo | 135:9 – 136:18 | |
| Wells Fargo | 136:21 – 137:17 | |
| Wells Fargo | 138:3-21 | |
| Wells Fargo | 138:24 – 140:8; 10-14 | |
| Wells Fargo | 142:17 – 143:25 | |
| Wells Fargo | 144:4-7; 9-13 | |
| Wells Fargo | 144:15 – 146:13 | |
| Wells Fargo | 146:24 – 147:12 | |
| Wells Fargo | 148:16 – 150:8; 10 | |
| Wells Fargo | 150:12-13; 15 | |
| Wells Fargo | 150:17 – 151:6 | |
| Wells Fargo | 151:8 – 152:1 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 152:3 – 153.14 | |
| Wells Fargo | 154:7 – 157:17 | |
| Wells Fargo | 158:2-16 | |
| Wells Fargo | 163:20 – 164:12 | |

3. Deposition transcript of Bekah Pyle (Pruco), dated June 1, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 6:3-7; 10-16 | |
| Wells Fargo | 13:1-7 | |
| Wells Fargo | 14:6-14 | |
| Wells Fargo | 15:17 – 17:3 | |
| Wells Fargo | 17:17 – 18:1 | |
| Wells Fargo | 18:10-21 | |
| Wells Fargo | 19:7-20 | |
| Wells Fargo | 20:10 – 21:15 | |
| Wells Fargo | 22:17 – 23:4 | |
| Wells Fargo | 23:9-10; 14-19 | |
| Wells Fargo | 24:10-14 | |
| Wells Fargo | 25:14-16; 21-24 | |
| Wells Fargo | 26:13 – 27:1 | |
| Wells Fargo | 27:22 – 28:1 | |
| Wells Fargo | 29:20-24 | |
| Wells Fargo | 37:14 – 20; 22 | |
| Wells Fargo | 38:21 – 39:15 | |
| Wells Fargo | 47:22 – 49:4; 6 | |
| Wells Fargo | 49:8 – 50:12 | |
| Wells Fargo | 50:16 – 51:2 | |
| Wells Fargo | 51:4-8; 10-15, 17; 19-23, 25 | |
| Wells Fargo | 52:2-11 | |
| Wells Fargo | 52:14 – 54:6; 10-12; 14-20 | |
| Wells Fargo | 54:25 – 55:15 | |
| Wells Fargo | 57:4-15 | |
| Wells Fargo | 57:23 – 58:2; 4; 6-25 | |
| Wells Fargo | 58:6 – 59:8; 10; 12-14 | |
| Wells Fargo | 59:19 – 60:21 | |
| Wells Fargo | 63:19 – 64:10 | |
| Wells Fargo | 67:8 – 68:1 | |
| Wells Fargo | 68:19-25 | |
| Wells Fargo | 70:19-25 | |
| Wells Fargo | 71:6-11 | |
| Wells Fargo | 72:7-13 | |
| Wells Fargo | 74:22 – 75:2; 9-16 | |
| Wells Fargo | 76:1 – 79:5 | |
| Wells Fargo | 80:3 – 81:2; 4; 6-20 | |
| Wells Fargo | 81:23 – 82:6 | |
| Wells Fargo | 82:10 – 83:22 | |
| Wells Fargo | 84:17 – 85:1; 8-24 | |
| Wells Fargo | 86:4 – 87:15; 18-20 | |
| Wells Fargo | 92:2-24 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 96:6 – 97:14; 16-24 | |
| Wells Fargo | 98:1-11; 13-23 | |
| Wells Fargo | 99:3 – 100:1; 5-12 | |
| Wells Fargo | 100:22 – 101:13 | |
| Wells Fargo | 103:3-17 | |
| Wells Fargo | 103:19 – 104:3 | |
| Wells Fargo | 105:25 – 106:7; 10-18; 20 | |
| Wells Fargo | 106:25 – 107:5 | |
| Wells Fargo | 107:10 – 109:16 | |
| Wells Fargo | 114:8-25 | |
| Wells Fargo | 115:3-7 | |
| Wells Fargo | 119:5 – 120:2; 4-11; 13-19 | |
| Wells Fargo | 121:4 – 122:1; 3-15; 17 | |
| Wells Fargo | 124:16 – 125:23; 25 | |
| Wells Fargo | 134:4-12 | |
| Wells Fargo | 134:23 – 135:12 | |
| Wells Fargo | 136:1-10 | |

4. Deposition transcript of James Avery (Pruco), dated August 18, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 4:6-8 | |
| Wells Fargo | 4:25 – 5:18 | |
| Wells Fargo | 8:11 – 9:25 | |
| Wells Fargo | 10:9 – 11:17; 23-24 | |
| Wells Fargo | 12:9-20 | |
| Wells Fargo | 15:4-9; | |
| Wells Fargo | 15:22 – 17:14 | |
| Wells Fargo | 19:4-17 | |
| Wells Fargo | 19:20 – 21:22 | |
| Wells Fargo | 24:8-14 | |
| Wells Fargo | 24:17 – 25:18 | |
| Wells Fargo | 25:21 – 27:4; 13-16 | |
| Wells Fargo | 27:19 – 28:9 | |
| Wells Fargo | 28:20 – 29:2 | |
| Wells Fargo | 29:17 – 30:3 | |
| Wells Fargo | 31:3 – 34:6 | |
| Wells Fargo | 34:20 – 35:9 | |
| Wells Fargo | 36:4-9 | |
| Wells Fargo | 36:13 – 37:10 | |
| Wells Fargo | 37:21 – 38:2; 5-24 | |
| Wells Fargo | 39:1-3; 6-15 | |
| Wells Fargo | 45:18 – 46:4 | |
| Wells Fargo | 46:23 – 47:8 | |
| Wells Fargo | 47:16 – 48:4 | |
| Wells Fargo | 48:13 – 50:11 | |
| Wells Fargo | 51:24 – 52:20 | |
| Wells Fargo | 53:8-23 | |
| Wells Fargo | 57:14 – 58:13 | |
| Wells Fargo | 60:17 – 65:13 | |
| Wells Fargo | 67:6 – 68:12 | |
| Wells Fargo | 68:15 – 69:25 | |
| Wells Fargo | 72:14 – 73:7; 10-21; 24-25 | |
| Wells Fargo | 75:15-21 | |
| Wells Fargo | 75:24 – 76:15 | |
| Wells Fargo | 76:18 – 77:14 | |

5. Deposition transcript of Gloria Flattum (Pruco), dated August 10, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 4:8-15 | |
| Wells Fargo | 6:12-25 | |
| Wells Fargo | 7:3-6 | |
| Wells Fargo | 8:20 – 9:7 | |
| Wells Fargo | 9:23 – 10:2 | |
| Wells Fargo | 12:5-17 | |
| Wells Fargo | 13:2-3 | |
| Wells Fargo | 14:5 – 15:13 | |
| Wells Fargo | 16:8-13 | |
| Wells Fargo | 16:20 – 18:22 | |
| Wells Fargo | 19:19 – 20:20 | |
| Wells Fargo | 23:19 – 24:1 | |
| Wells Fargo | 24:18 – 26:19 | |
| Wells Fargo | 27:2-17 | |
| Wells Fargo | 28:4-14 | |
| Wells Fargo | 31:7-23 | |
| Wells Fargo | 33:13 – 34:17 | |
| Wells Fargo | 35:7-11 | |
| Wells Fargo | 36:22-25 | |
| Wells Fargo | 37:2-14 | |
| Wells Fargo | 37:19 – 39:19 | |
| Wells Fargo | 40:6-20 | |
| Wells Fargo | 43:13 – 45:9 | |
| Wells Fargo | 45:12 – 48:2 | |
| Wells Fargo | 48:4 – 49:21 | |
| Wells Fargo | 49:24 – 50:16; 18 | |
| Wells Fargo | 54:16 – 56:5 | |
| Wells Fargo | 56:17 – 58:1; 3-5 | |
| Wells Fargo | 58:7 – 59:24 | |
| Wells Fargo | 60:1-9; 12 | |
| Wells Fargo | 60:14 – 61:10 | |
| Wells Fargo | 61:14-24 | |
| Wells Fargo | 62:1 | |
| Wells Fargo | 62:3 – 63:6; 8-9 | |
| Wells Fargo | 63:11-19; 21 | |
| Wells Fargo | 63:23 – 65:10 | |
| Wells Fargo | 65:13-14; 17-20 | |
| Wells Fargo | 66:18 – 69:11 | |
| Wells Fargo | 70:8-21 | |
| Wells Fargo | 70:23 – 71:9 | |
| Wells Fargo | 71:22 – 72:1; 3 | |
| Wells Fargo | 72:5 – 73:6 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 74:10 – 75:3 | |

6. Deposition transcript of Hope Farrell (Pruco), dated June 17, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 6:13 – 7:2 | |
| Wells Fargo | 8:2 – 9:16 | |
| Wells Fargo | 10:11 – 11:5 | |
| Wells Fargo | 11:11 – 23 | |
| Wells Fargo | 12:24 – 13:2 | |
| Wells Fargo | 17:9 – 16 | |
| Wells Fargo | 19:23 – 20:2 | |
| Wells Fargo | 21:9 -22:12 | |
| Wells Fargo | 22:24 – 23:18 | |
| Wells Fargo | 24:12 – 25:14 | |
| Wells Fargo | 25:20 – 25 | |
| Wells Fargo | 26:21 – 27:24 | |
| Wells Fargo | 29:10 – 15 | |
| Wells Fargo | 29:18 – 31:13 | |
| Wells Fargo | 31:18 – 22 | |
| Wells Fargo | 32:2 – 20 | |
| Wells Fargo | 32:24 – 33:7 | |
| Wells Fargo | 33:10 – 36:25 | |
| Wells Fargo | 38:2 – 16 | |
| Wells Fargo | 38:19 – 39:1 | |
| Wells Fargo | 40:6 – 14 | |
| Wells Fargo | 40:22 – 41:3 | |
| Wells Fargo | 41:7 – 42:13 | |
| Wells Fargo | 42:17 – 18 | |
| Wells Fargo | 42:21 – 43:5; 8-25 | |
| Wells Fargo | 44:2 – 21 | |
| Wells Fargo | 44:22-25 | |
| Wells Fargo | 45:3-9 | |
| Wells Fargo | 45:10 – 46:10 | |
| Wells Fargo | 46:20 – 22 | |
| Wells Fargo | 48:13 – 50:19 | |
| Wells Fargo | 50:22 – 52:13 | |
| Wells Fargo | 52:20 – 53:15 | |
| Wells Fargo | 54:4 – 18 | |
| Wells Fargo | 55:25 – 56:14 | |
| Wells Fargo | 56:19 – 58:9; 17-20 | |
| Wells Fargo | 58:23 – 59:15; 19-24 | |
| Wells Fargo | 60:2 – 12 | |
| Wells Fargo | 61:17 – 20 | |
| Wells Fargo | 61:23 – 62:8 | |
| Wells Fargo | 65:1 – 10 | |
| Wells Fargo | 69:13 – 70:2 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 70:22 – 71:9 | |
| Wells Fargo | 71:21 – 72:2 | |
| Wells Fargo | 72:24 – 74:4 | |
| Wells Fargo | 74:7-17 | |
| Wells Fargo | 74:20 – 76:10 | |
| Wells Fargo | 77:6 – 23 | |
| Wells Fargo | 78:2 - 21 | |
| Wells Fargo | 79:2 - 16 | |
| Wells Fargo | 79:19 – 20 | |
| Wells Fargo | 79:22 – 80:2 | |
| Wells Fargo | 83:21 – 84:6 | |
| Wells Fargo | 84:13 – 16 | |
| Wells Fargo | 84:18 – 23 | |
| Wells Fargo | 85:8 – 88:5 | |
| Wells Fargo | 88:8 – 21 | |
| Wells Fargo | 88:24 – 89:17 | |
| Wells Fargo | 89:19 | |
| Wells Fargo | 90:19 – 91:22 | |
| Wells Fargo | 91:25 – 94:1 | |
| Wells Fargo | 94:4 – 95:9 | |
| Wells Fargo | 95:11 | |
| Wells Fargo | 97:12 – 98:20 | |
| Wells Fargo | 98:23 – 24 | |
| Wells Fargo | 100:17 – 22 | |
| Wells Fargo | 100:25 – 101:21 | |
| Wells Fargo | 102:2 – 103:14 | |
| Wells Fargo | 104:19 – 23 | |
| Wells Fargo | 105:1 | |
| Wells Fargo | 105:3 – 107:1 | |
| Wells Fargo | 107:4 – 16 | |
| Wells Fargo | 107:19 – 109:8 | |
| Wells Fargo | 109:11 – 110:11 | |
| Wells Fargo | 110:19 – 112:2; 13-17 | |
| Wells Fargo | 112:23 – 114:16 | |
| Wells Fargo | 114:19 – 21 | |
| Wells Fargo | 115:15 – 24 | |
| Wells Fargo | 121:14 – 122:1 | |
| Wells Fargo | 122:13 – 123:19 | |
| Wells Fargo | 123:22 – 124:7 | |
| Wells Fargo | 124:10 – 125:8 | |
| Wells Fargo | 125:11 – 126:1; 4-5; 13-17; 21-22 | |
| Wells Fargo | 126:25 – 129:22 | |
| Wells Fargo | 129:25 – 132:9 | |

13

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 132:13 – 134:8 | |
| Wells Fargo | 134:11 – 136:3 | |
| Wells Fargo | 136:6 – 137:11 | |
| Wells Fargo | 137:21 – 24 | |
| Wells Fargo | 138:2 – 12 | |
| Wells Fargo | 138:15 – 140:3 | |
| Wells Fargo | 140:17 – 141:9 | |
| Wells Fargo | 141:12 – 143:16; 19-23 | |
| Wells Fargo | 145:1-3; 7-8 | |
| Wells Fargo | 145:11 – 147:24 | |
| Wells Fargo | 148:2-11 | |
| Wells Fargo | 148:18 – 149:10 | |
| Wells Fargo | 149:13 – 150:21 | |
| Wells Fargo | 151:6-13 | |
| Wells Fargo | 151:16 – 152:3; 8-25 | |
| Wells Fargo | 153:7-21 | |
| Wells Fargo | 157:14 – 18 | |
| Wells Fargo | 157:21 – 158:22 | |
| Wells Fargo | 158:25 – 159:23 | |
| Wells Fargo | 160:17 – 161:1; 5-23 | |
| Wells Fargo | 162:1 – 24 | |
| Wells Fargo | 163:1 – 8 | |
| Wells Fargo | 163:11 – 22 | |
| Wells Fargo | 165:22 – 166:5; 8-9; 11-21 | |
| Wells Fargo | 166:24-167:4 | |
| Wells Fargo | 167:7 – 168:13 | |
| Wells Fargo | 168:16 –169:8 | |
| Wells Fargo | 186:14 – 188:5; 11-16 | |
| Wells Fargo | 189:15 – 190:24 | |
| Wells Fargo | 191:2 – 194:2 | |
| Wells Fargo | 194:5 – 197:6 | |
| Wells Fargo | 197:24 – 198:10 | |
| Wells Fargo | 198:23 – 199:1 | |
| Wells Fargo | 199:3 – 8 | |
| Wells Fargo | 200:1 – 4 | |
| Wells Fargo | 200:8 – 202:2; 5-9; 15-23 | |
| Wells Fargo | 203:8 – 9 | |
| Wells Fargo | 203:13 – 204:7 | |
| Wells Fargo | 204:13 – 14 | |
| Wells Fargo | 204:19 – 206:12 | |
| Wells Fargo | 206:16 | |
| Wells Fargo | 206:19 – 207:9 | |
| Wells Fargo | 207:13 – 15 | |
| Wells Fargo | 207:18 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 207:21 – 210:13 | |
| Wells Fargo | 210:17 – 24 | |
| Wells Fargo | 211:3 – 216:24 | |
| Wells Fargo | 217:2 – 218:8 | |
| Wells Fargo | 218:11 - 13 | |
| Wells Fargo | 220:9 - 17 | |
| Wells Fargo | 223:9 – 227:25 | |
| Wells Fargo | 228:9 – 24 | |
| Wells Fargo | 234:24 – 235:2 | |
| Wells Fargo | 235:5; 235:7 – 14 | |
| Wells Fargo | 235:16 – 21 | |

7. Deposition transcript of Joann Godin (Life Brokerage Equity Group), dated July 20, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 5:1 – 4 | |
| Wells Fargo | 5:9 - 11 | |
| Wells Fargo | 8:11 – 18 | |
| Wells Fargo | 10:15 – 11:6 | |
| Wells Fargo | 11:16 – 13:1 | |
| Wells Fargo | 13:6 – 16 | |
| Wells Fargo | 14:22 – 24 | |
| Wells Fargo | 15:7 - 14 | |
| Wells Fargo | 16:7 – 17:1 | |
| Wells Fargo | 17:17 – 20 | |
| Wells Fargo | 17:24 – 18:14 | |
| Wells Fargo | 21:25 – 22:18 | |
| Wells Fargo | 23:6 – 23:19 | |
| Wells Fargo | 25:2 – 5 | |
| Wells Fargo | 34:9 – 35:19 | |
| Wells Fargo | 35:21 – 23 | |
| Wells Fargo | 39:3 – 41:6 | |
| Wells Fargo | 41:8 – 20 | |
| Wells Fargo | 43:5 – 16 | |
| Wells Fargo | 47:8 – 48:8 | |
| Wells Fargo | 48:13 – 50:14 | |
| Wells Fargo | 50:18 – 55:24 | |
| Wells Fargo | 56:7 – 20 | |
| Wells Fargo | 58:16 – 59:11 | |
| Wells Fargo | 60:20 – 61:11 | |
| Wells Fargo | 63:3 – 64:7 | |
| Wells Fargo | 65:1 – 65:16 | |
| Wells Fargo | 65:18 – 66:5 | |
| Wells Fargo | 66:7 – 10 | |
| Wells Fargo | 70:2 – 71:2 | |
| Wells Fargo | 71:8 – 77:9 | |
| Wells Fargo | 78:12 – 81:5 | |
| Wells Fargo | 81:7 – 22 | |
| Wells Fargo | 83:13 – 84:18 | |
| Wells Fargo | 94:19 – 95:16 | |
| Wells Fargo | 95:25 – 98:5 | |
| Wells Fargo | 107:2 – 21 | |
| Wells Fargo | 107:25 – 111:20 | |
| Wells Fargo | 111:22 – 114:6 | |
| Wells Fargo | 114:8 – 15 | |
| Wells Fargo | 114:17 – 19 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 116:8 – 9 | |
| Wells Fargo | 116:11 - 12 | |
| Wells Fargo | 117:6 – 25 | |
| Wells Fargo | 119:25 – 120:24 | |
| Wells Fargo | 121:19 – 126:5 | |
| Wells Fargo | 126:14 – 128:24 | |
| Wells Fargo | 136:2 – 137:6 | |
| Wells Fargo | 139:5 – 7 | |
| Wells Fargo | 139:9 – 140:4 | |
| Wells Fargo | 141:15 – 142:16 | |
| Wells Fargo | 189:22 – 191:20 | |
| Wells Fargo | 199:8 – 14; 17 | |
| Wells Fargo | 204:4 – 13 | |
| Wells Fargo | 209:14;19 | |
| Wells Fargo | 209:22 – 211:1 | |
| Wells Fargo | 211:13 – 15 | |
| Wells Fargo | 212:2 – 5 | |
| Wells Fargo | 213:20 – 215:3 | |
| Wells Fargo | 216:3 – 9 | |
| Wells Fargo | 233:19 – 234:9 | |

8. Deposition transcript of Kathy Rutherford (Worldwide Inspection Services), dated January 28, 2011:

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 4:10-21 | |
| Wells Fargo | 5:5-8 | |
| Wells Fargo | 6:17-23 | |
| Wells Fargo | 13:13 – 14:3 | |
| Wells Fargo | 16:22 – 17:9 | |
| Wells Fargo | 40:15-22 | |
| Wells Fargo | 42:2-21 | |
| Wells Fargo | 50:8-20 | |
| Wells Fargo | 51:11 – 52:9 | |
| Wells Fargo | 61:24 – 62:5 | |
| Wells Fargo | 62:8 – 63:2; 20-22 | |
| Wells Fargo | 65:6-9 | |
| Wells Fargo | 65:25 – 66:4 | |
| Wells Fargo | 75:16 – 76:14 | |
| Wells Fargo | 80:2-7 | |
| Wells Fargo | 83:1-13 | |
| Wells Fargo | 93:2 – 94:7 | |
| Wells Fargo | 101:5-18 | |
| Wells Fargo | 101:22 – 102:10 | |
| Wells Fargo | 102:14 – 103:18 | |
| Wells Fargo | 104:1-14 | |
| Wells Fargo | 106:17 – 107:11 | |
| Wells Fargo | 107:21 – 108:20 | |
| Wells Fargo | 110:22 – 111:22 | |
| Wells Fargo | 112:1 – 113:25 | |
| Wells Fargo | 114:6 – 116:6 | |
| Wells Fargo | 116:9 – 117:18 | |
| Wells Fargo | 118:7-12 | |
| Wells Fargo | 119:23 – 120:23 | |
| Wells Fargo | 121:11-14 | |
| Wells Fargo | 126:18 – 127:13 | |
| Wells Fargo | 131:24 – 132:10 | |
| Wells Fargo | 134:17 – 135:7 | |
| Wells Fargo | 138:3-18 | |
| Wells Fargo | 138:22 – 139:15 | |
| Wells Fargo | 140:11 – 141:7 | |
| Wells Fargo | 143:11-19 | |
| Wells Fargo | 145:4 -22 | |
| Wells Fargo | 147:1 – 148:8 | |
| Wells Fargo | 151:3 – 152:10 | |
| Wells Fargo | 174:12-16 | |

| Party | Page: Line Designation | Objections (Basis) |
|---|---|---|
| Wells Fargo | 175:5-6; 8-13 | |
| Wells Fargo | 186:7-24 | |

Date:   March 29, 2013                             /s Juan J. Farach

John K. Shubin (Florida Bar Number: 771899)
jshubin@shubinbass.com
Juan J. Farach (Florida Bar Number: 957704)
jfarach@shubinbass.com
David R. Hazouri (Florida Bar Number 142387)
dhazouri@shubinbass.com
SHUBIN & BASS, P.A.
46 S.W. 1st Street, Third Floor
Miami, Florida 33130
Telephone: (305) 381.6060
Facsimile:   (305) 381.9457
*Attorneys for Defendant, Wells Fargo Bank, N.A.*
*as Securities Intermediary*

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2013, I served the foregoing document on all Counsel of record identified on the attached Service List in the manner specified.

/s Juan J. Farach

SERVICE LIST
Pruco Life Ins. Co v. Brasner, et al.
Case No. 10-CV-80804 Cohn/Seltzer
United States District Court, Southern District of Florida

Wendy L. Furman, Esq.
wfurman@pettfurman.com
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Tel. (561) 994-4311
Fax (561) 982-8985
*Attorneys for Plaintiff,*
*Pruco Life Insurance Company*
Service by electronic mail and facsimile

Stephen A. Serfass, Esq.
Stephen.serfass@dbr.com
Michael D. Rafalko, Esq.
Michael.rafalko@dbr.com
Nolan B. Tully, Esq.
Nolan.tully@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Tel. (215) 988-2700
Of Counsel/Pro Hac Vice
*Attorneys for Plaintiff,*
*Pruco Life Insurance Company*
Service by electronic mail and facsimile

Raoul G. Cantero, Esq.
raoul.cantero@miami.whitecase.com
Maria J. Beguiristain, Esq.
mbeguiristain@miami.whitecase.com
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
Tel. (305) 371-2700
*Co-Counsel for Defendant*
*Wells Fargo Bank, N.A., as Securities Intermediary*
Service by electronic mail