UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

## ORDER REGARDING CALENDAR CALL

**THIS CAUSE** is before the Court *sua sponte*. The Court advises the parties that this Court's policy is that cases are not removed from the trial calendar until a stipulation of dismissal is filed. Therefore, counsel must appear at Calendar Call on **April 12, 2013, at 9:00 a.m.**, unless a stipulation for dismissal is filed by **April 11, 2013, at 12:00 p.m.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 9th day of April, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF