UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

      Plaintiff,
vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

      Defendants.
_____/

## NOTICE OF MEDIATED SETTLEMENT OF PREMIUMS

Plaintiff Pruco Life Insurance Company ("Pruco") and defendant Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo"), by and through their respective undersigned counsel, notify the Court that, pursuant to a Court-ordered mediation conference, Pruco and Wells Fargo have reached a confidential settlement of the premiums that were the subject of the Court's Order Granting Wells Fargo's Rule 60(b) Motion [DE 287], and state as follows:

    1.    Pursuant to the Court's Amended Scheduling Order [DE 297], Pruco and Wells Fargo attended a mediation conference on April 4, 2013 before mediator David Geronemus of JAMS (the "Mediation Conference").

    2.    At the Mediation Conference, Pruco and Wells Fargo reached a confidential settlement of the premium issue that was to be tried at the bench trial that had been scheduled for the trial period commencing April 15, 2013 pursuant to the Court's Rule 60(b) Order.

3. As part of this confidential mediated settlement, and in lieu of a stipulation for dismissal with prejudice as contemplated by the Court's Order entered April 9, 2013 [DE 310], Pruco and Wells Fargo will be filing a joint motion for entry of an amended final judgment (with proposed amended final judgment) no later than April 11, 2013 (at 12 pm). The proposed amended final judgment is being requested to ensure entry of a final, appealable order as Wells Fargo may again appeal the Court's prior rulings with respect to the contestability and validity of the Berger Policy (see DE 64, 246).[1] The proposed amended final judgment will thus be similar to the previous Amended Final Judgment dated January 23, 2012 [DE 256], entered in favor of Pruco and against Wells Fargo on Count I of the Complaint and on the Counterclaim, declaring the Berger Policy void *ab initio*, and ordering that the Clerk of Court is directed to release to Wells Fargo the funds held in the Court's Registry along with any accrued interest. The only difference is that the newly proposed amended final judgment will recognize that the Rule 60(b) Order vacated the Court's November 14, 2011 summary judgment order [DE 246] and the January 23, 2012 Amended Final Judgment [DE 256] *only* as to which party is entitled to the premiums paid on the Berger Policy in 2009 and 2010, and that the parties have since reached a mediated settlement as to these premiums.

4. The parties request that the Court not close or dismiss this case until after it has entered an amended final judgment pursuant to the joint motion for entry of an amended final judgment.

---

[1] Wells Fargo previously appealed these rulings, but the Eleventh Circuit dismissed for lack of jurisdiction due to the unresolved premium issue pursuant to the Rule 60(b) Order. This issue has now been settled at mediation.

Dated: April 10, 2013

| | |
|---|---|
| PETT FURMAN, PL<br>2101 N.W. Corporate Blvd., Suite 316<br>Boca Raton, FL 33431<br>(561) 994-4311<br>(561) 982-8985 fax<br><br><br>By: /s Wendy L. Furman_____<br>Wendy L. Furman<br>Fla. Bar No. 0085146<br>wfurman@pettfurman.com<br><br>*Of Counsel*<br>Stephen A. Serfass<br>Nolan B. Tully<br>**DRINKER BIDDLE & REATH LLP**<br>One Logan Square<br>Suite 2000<br>Philadelphia, PA 19103-6996<br>(215) 988-2700<br>Stephen.Serfass@dbr.com<br>Nolan.tully@dbr.com<br><br>*Attorneys for Plaintiff Pruco Life Insurance Company* | SHUBIN & BASS, P.A.<br>46 SW 1st Street, 3rd Floor<br>Miami, FL 33130<br>Phone: 305-381-6060<br>Fax: 305-381-9457<br><br><br>By: /s Juan J. Farach_____<br>John K. Shubin<br>Fla. Bar No. 771899<br>jshubin@shubinbass.com<br>Juan J. Farach<br>Fla. Bar No. 957704<br>jfarach@shubinbass.com<br><br>*Attorneys for Defendant Wells Fargo Bank N.A., as Securities Intermediary* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2013, I served the foregoing document on all Counsel of record identified on the attached Service List in the manner specified.

/s Juan J. Farach

3

**SERVICE LIST**
Pruco Life Ins. Co v. Brasner, et al.
Case No. 10-CV-80804 Cohn/Seltzer
United States District Court, Southern District of Florida

Wendy L. Furman, Esq.
wfurman@pettfurman.com
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Tel. (561) 994-4311
Fax (561) 982-8985
*Attorneys for Plaintiff,*
*Pruco Life Insurance Company*
Service by CM/ECF

Stephen A. Serfass, Esq.
Stephen.serfass@dbr.comNolan B. Tully, Esq.
Nolan.tully@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Tel. (215) 988-2700
Of Counsel/Pro Hac Vice
*Attorneys for Plaintiff,*
*Pruco Life Insurance Company*
Service by CM/ECF

Raoul G. Cantero, Esq.
raoul.cantero@miami.whitecase.com
Maria J. Beguiristain, Esq.
mbeguiristain@miami.whitecase.com
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
Tel. (305) 371-2700
*Co-Counsel for Defendant*
*Wells Fargo Bank, N.A., as Securities Intermediary*
Service by CM/ECF