UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80804-CIV-COHN/SELTZER

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

STEVEN M. BRASNER, individually and as
Principal of Infinity Financial Group, LLC;
MARK A. TARSHIS; INFINITY FINANCIAL
GROUP LLC; WELLS FARGO BANK, N.A.,
as Securities Intermediary; and John Does 1-10,

    Defendants.

_____/

### JOINT MOTION OF PLAINTIFF PRUCO LIFE INSURANCE COMPANY AND DEFENDANT WELLS FARGO BANK N.A., AS SECURITIES INTERMEDIARY, FOR ENTRY OF SECOND AMENDED FINAL JUDGMENT

Plaintiff Pruco Life Insurance Company ("Pruco") and Defendant Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo") (collectively, "the Parties") hereby jointly move this Court for entry of a second amended final judgment in favor of Pruco and against Wells Fargo, and state as follows:

1. On November 14, 2011, the Court entered an Order Granting Pruco's Motion for Summary Judgment and Denying Wells Fargo's Motion for Summary Judgment [DE 246] ("Summary Judgment Order") and a Final Judgment [DE 247]. The Final Judgment was entered in favor of Pruco and against Wells Fargo on Count I of the Complaint [DE 1] and on the Counterclaim [DE 73], and declared that the Berger Policy (number V1208044) issued by Pruco on the life of Arlene Berger, is void *ab initio*.

2. On January 23, 2012, the Court entered an Order Granting Wells Fargo's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) [DE 255] and Amended Final Judgment [DE 256]. The Amended Final Judgment was entered in favor of Pruco and against Wells Fargo on Count I of the Complaint and on the Counterclaim, and declared that the Berger Policy is void *ab initio*. The Amended Final Judgment also ordered and adjudged that the Clerk of Court is directed to release to Wells Fargo the funds held in the Court's Registry along with any accrued interest.

3. Wells Fargo appealed the January 23, 2012 Amended Final Judgment (which amended the November 14, 2011 Final Judgment).

4. In the interim, Wells Fargo filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The Eleventh Circuit remanded to allow the Court to rule on the Rule 60(b) motion. On September 21, 2012, the Court entered an Order Granting Wells Fargo's Rule 60(b) Motion [DE 287]. The Court thus reopened this case for a trial on the issue of which party is entitled to the premiums paid on the Berger Policy in 2009 and 2010. (Rule 60(b) Order at 4.) The Rule 60(b) Order also provides that the November 14, 2011 Summary Judgment Order and the January 23, 2012 Amended Final Judgment "are **VACATED** only as to the issue of which party is entitled to the premiums paid on the Berger Policy in 2009 and 2010." (Rule 60(b) Order at 10.)

5. After entry of the Rule 60(b) Order, the Eleventh Circuit, on December 27, 2012, dismissed Wells Fargo's appeal for lack of jurisdiction because there were still remaining issues to be resolved by the Court pursuant to the Rule 60(b) Order.

6. The Court then entered a scheduling Order dated January 14, 2013 [DE 293] setting the Rule 60(b) factual issue to be tried at a bench trial scheduled for the trial period commencing April 15, 2013. The Court later entered an Amended Scheduling Order [DE 297] to extend the mediation deadline. Pursuant to the Court's Amended Scheduling Order, Pruco and Wells Fargo attended a mediation conference on April 4, 2013. At this mediation conference, Pruco and Wells Fargo reached a confidential settlement of the premium issue that had been scheduled for the trial period commencing April 15, 2013 pursuant to the Court's Rule 60(b) Order.

7. As part of this confidential mediated settlement, Pruco and Wells Fargo are filing this joint motion for entry of a second amended final judgment. The proposed second amended final judgment is being requested to ensure entry of a final, appealable order as Wells Fargo may again appeal the Court's prior rulings with respect to the contestability and validity of the Berger Policy.[1]

8. The proposed second amended final judgment will thus be substantively similar to the previous Amended Final Judgment dated January 23, 2012 [DE 256]. The only substantive difference being that the proposed second amended final judgment will recognize that the Rule 60(b) Order [DE 287] vacated the Court's November 14, 2011 summary judgment order [DE 246] and the January 23, 2012 Amended Final Judgment [DE 256] *only* as to which party is entitled to the premiums paid on the Berger Policy in 2009 and 2010, and that the parties have since reached a mediated settlement as to these premiums and the premium issue in this case.

---

[1] As noted, Wells Fargo previously appealed these rulings, but the Eleventh Circuit dismissed for lack of jurisdiction due to the unresolved premium issue pursuant to the Rule 60(b) Order. This issue has now been settled at mediation.

9. Therefore, in accordance with their confidential settlement (under which Wells Fargo may appeal the Court's rulings concerning the contestability and validity of the Berger Policy), the Parties respectfully request the entry of a second amended final judgment as set forth above. For the Court's convenience, a proposed second amended final judgment is attached.

Dated: April 11, 2013                                                   Respectfully submitted,

| PETT FURMAN, PL<br>2101 N.W. Corporate Blvd., Suite 316<br>Boca Raton, FL 33431<br>(561) 994-4311<br>(561) 982-8985 fax<br><br>By: /s Wendy L. Furman<br>Wendy L. Furman<br>Fla. Bar No. 0085146<br>wfurman@pettfurman.com<br><br>*Of Counsel*<br>Stephen A. Serfass<br>Nolan B. Tully<br>**DRINKER BIDDLE & REATH LLP**<br>One Logan Square<br>Suite 2000<br>Philadelphia, PA 19103-6996<br>(215) 988-2700<br>Stephen.Serfass@dbr.com<br>Nolan.tully@dbr.com<br><br>*Attorneys for Plaintiff Pruco Life Insurance Company* | SHUBIN & BASS, P.A.<br>46 SW 1st Street, 3rd Floor<br>Miami, FL 33130<br>Phone: 305-381-6060<br>Fax: 305-381-9457<br><br>By: /s Juan J. Farach<br>John K. Shubin<br>Fla. Bar No. 771899<br>jshubin@shubinbass.com<br>Juan J. Farach<br>Fla. Bar No. 957704<br>jfarach@shubibass.com<br><br><br>*Attorneys for Defendant Wells Fargo N.A., As Securities Intermediary* |

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, I served the foregoing document on all Counsel of record identified on the attached Service List by CM/ECF.

/s Wendy L. Furman

**SERVICE LIST**
**Pruco Life Ins. Co v. Brasner, et al.**
**Case No. 10-CV-80804 Cohn/Seltzer**
**United States District Court, Southern District of Florida**

Wendy L. Furman, Esq.
wfurman@pettfurman.com
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Tel. (561) 994-4311
*Attorneys for Plaintiff Pruco Life Insurance Company*

Stephen A. Serfass, Esq.
Stephen.serfass@dbr.comNolan B. Tully, Esq.
Nolan.tully@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Tel. (215) 988-2700
Of Counsel/Pro Hac Vice
*Attorneys for Plaintiff Pruco Life Insurance Company*

John K. Shubin, Esq.
jshubin@shubinbass.com
Juan J. Farach, Esq.
jfarach@shubinbass.com
SHUBIN & BASS, P.A.
46 SW 1st Street, 3rd Floor
Miami, FL 33130
Tel. (305) 381-6060
*Attorneys for Defendant Wells Fargo Bank, N.A., as Securities Intermediary*

Raoul G. Cantero, Esq.
raoul.cantero@miami.whitecase.com
Maria J. Beguiristain, Esq.
mbeguiristain@miami.whitecase.com
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
Tel. (305) 371-2700
*Co-Counsel for Defendant Wells Fargo Bank, N.A., as Securities Intermediary*